UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

FILED
MAY 24  1 18 PM '02
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Barbara R. Burns,

PLAINTIFF

v.

CIVIL ACTION

302CV00897 RNC

David S. King,

DEFENDANT

## COMPLAINT

### JURISDICTIONAL STATEMENT

The United States District Court for the District of Connecticut has original diversity jurisdiction of this action under 28 U.S.C. § 1332, et seq., with supplemental jurisdiction to enforce the Connecticut Unfair Trade Practices Act; and to uphold common-law contract, defamation, and detrimental reliance claims.

### VENUE

Venue is proper in the District of Connecticut on the basis that the acts complained of herein were perpetrated by Defendant at Hamden, New Haven County, Connecticut.

1

## CHOICE OF LAW

The relationship of the parties has been construed to be governed by Minnesota law, and the parties, by contract, have so agreed, specifically.

## PARTIES:

Plaintiff Barbara R. Burns is a female citizen of the United States of America, and, at all relevant times, a domiciliary of the States of Minnesota and New Jersey.

Defendant David S. King is a male citizen of the United States of America, presently serving as Interim Dean, Quinnipiac University, and, upon information and belief, is a resident of the State of Connecticut.

## FACTS

Plaintiff, as and for her Complaint against the Defendant, states as follows:

1. That at all times hereinafter mentioned, Defendant was a domiciliary of the State and District of Connecticut; and that Plaintiff, to Defendant's knowledge, was at all relevant times a domiciliary of the States of Minnesota and New Jersey.

2. That, between the dates of January 4, 1999 and May 8, 2000, Plaintiff attended Quinnipiac University on a Dean's Scholarship, the terms of which were set forth with specificity in a writing, signed by Dean Neil H. Cogan, and accepted by Plaintiff on or about December 5, 1998;

3. That, upon reliance upon Cogan's express representations and in the belief that Quinnipiac University and Cogan acted in good faith, Plaintiff, in furtherance of her educational goals and objectives, left her home in Minnesota to attend Quinnipiac University in Connecticut in December, 1998; and thereafter lived apart from her