**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

December 9, 2003

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

    Case No:   3:02cv897 (RNC)
  Case Name:   Burns v. King
     USCA:   03-7138

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a certified copy of the docket sheet and the Clerk's Certificate.

Respectfully,

Kevin F. Rowe, Clerk

By: _____ Martha Gothers
Deputy Clerk

Encl.
cc: counsel of record

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND ____1____
VOLUMES OF ORIGINAL RECORD.

DATE: 12·11·03 As
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

03-7138

DFM, APPEAL, CASREF

## U.S. District Court
### District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-00897-RNC
Internal Use Only

Burns v. King
Assigned to: Robert N. Chatigny
Referred to: Donna F. Martinez
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 05/24/02
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Barbara R. Burns**    represented by    **Barbara R. Burns**
980 Main Street
Hackensack, NJ 07601
PRO SE

V.

**Defendant**
-----------------------

**David S. King**    represented by    **Matthew G. Conway**
Conway & Stoughton
201 Ann St.
Hartford, CT 06103
860-525-5529
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Notice**
-----------------------

**US Court of Appeals**    represented by    **US Court of Appeals**
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007
212-857-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| Date | No. | Description |
|---|---|---|
| 05/24/2002 | | SUMMONS(ES) issued for David S. King (Pesta, J.) (Entered: 05/28/2002) |
| 05/24/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 11/23/02 ; Amended Pleadings due 07/24/02 Motions to Dismiss due 08/24/02 (Pesta, J.) (Entered: 05/28/2002) |
| 05/24/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # N006606 (Pesta, J.) (Entered: 05/28/2002) |
| 05/28/2002 | | **Reset last document number to 2 (Pesta, J.) (Entered: 05/28/2002) |
| 07/26/2002 | 3 | SUMMONS Returned Executed on 6/19/02 as to David S. King individually (Blue,A.) (Entered: 07/26/2002) |
| 08/07/2002 | 4 | MOTION by Barbara R. Burns for Entry of Default as to David S. King (Blue,A.) (Entered: 08/07/2002) |
| 08/15/2002 | | ENDORSEMENT granting [4-1] motion for Entry of Default as to David S. King Default entered, Filing of Motion for Default Judgment by 9/14/02 for David S. King . ( Signed by Clerk ) (Blue,A.) (Entered: 08/15/2002) |
| 08/27/2002 | 5 | APPEARANCE of Attorney for David S. King -- Matthew G. Conway (Blue,A.) (Entered: 08/27/2002) |
| 08/27/2002 | 6 | MOTION by David S. King to Set Aside Default (Brief Due 9/17/02 ) (Blue,A.) (Entered: 08/28/2002) |
| 08/27/2002 | 7 | MEMORANDUM by David S. King in support of [6-1] motion to Set Aside Default (Blue,A.) (Entered: 08/28/2002) |
| 08/27/2002 | 8 | ANSWER to Complaint by David S. King (Blue,A.) (Entered: 08/28/2002) |
| 08/29/2002 | | ENDORSEMENT granting [6-1] motion to Set Aside Default ( signed by Judge Robert N. Chatigny ) (Blue,A.) (Entered: 08/29/2002) |
| 08/29/2002 | 9 | ORDER REFERRING CASE to Mag. Judge Donna F. Martinez ( signed by Judge Robert N. Chatigny ) (Blue,A.) (Entered: 08/29/2002) |
| 08/29/2002 | 10 | SUPPLEMENTAL MEMORANDUM by David S. King in support of [6-1] motion to Set Aside Default (Blue,A.) (Entered: 08/29/2002) |
| 08/30/2002 | 11 | AFFIDAVIT of Lucillw Marottolo by David S. King Re [10-1] support memorandum re: [6-1] motion to Set Aside Default by David S. King (Blue,A.) (Entered: 09/03/2002) |
| 09/03/2002 | | case ref DFM all purposes except trial unless consent filed (Kunofsky, L.) (Entered: 09/03/2002) |

| Date | No. | Description |
|---|---|---|
| 09/16/2002 | 12 | MOTION by Barbara R. Burns to Vacate order re: [6-1] motion to Set Aside Default by David S. King, for Default Judgment against David S. King (Brief Due 10/7/02) (Blue,A.) (Entered: 09/16/2002) |
| 09/19/2002 | 13 | AFFIDAVIT of Renee DeFina by Barbara R. Burns Re [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King by Barbara R. Burns, [12-2] motion for Default Judgment against David S. King by Barbara R. Burns (Blue,A.) (Entered: 09/20/2002) |
| 09/20/2002 | 14 | OBJECTION by David S. King to [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King & [12-2] motion for Default Judgment against David S. King by Barbara R. Burns (Blue,A.) (Entered: 09/20/2002) |
| 09/20/2002 | 15 | MEMORANDUM by David S. King in support of [14-1] objection, re: [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King, [12-2] motion for Default against David S. King (Blue,A.) (Entered: 09/20/2002) |
| 10/03/2002 | 16 | RULING denying [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King, denying [12-2] motion for Default Judgment against David S. King ( signed by Mag. Judge Donna F. Martinez ) 3 Page(s) (Blue,A.) (Entered: 10/03/2002) |
| 10/16/2002 | 17 | MOTION by Barbara R. Burns for Reconsideration of [16-1] order dated 10/3/02 re: [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King, [12-2] motion for Default Judgment against David S. King, to Disqualify Judge (Brief Due 11/6/02 ) (Blue,A.) (Entered: 10/16/2002) |
| 10/28/2002 | 18 | OBJECTIONS by David S. King to [17-1] motion for Reconsideration of [16-1] order dated 10/3/02 re: [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King, [12-2] motion for Default Judgment against David S. King by Barbara R. Burns, [17-2] motion to Disqualify Judge by Barbara R. Burns (Blue,A.) (Entered: 10/28/2002) |
| 10/28/2002 | 19 | MEMORANDUM by David S. King in support of [18-1] objection re: [17-1] motion for Reconsideration of [16-1] order dated 10/3/02 re: [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King, [12-2] motion for Default Judgment against David S. King, [17-2] motion to Disqualify Judge (Blue,A.) (Entered: 10/28/2002) |
| 10/28/2002 | | ENDORSEMENT granting [17-1] motion for Reconsideration of [16-1] order dated 10/3/02 re: [12-1] motion to Vacate order re: [6-1] motion to Set Aside Default by David S. King, [12-2] motion for Default Judgment against David S. King, denying [17-2] motion to Disqualify Judge ( signed by Judge Robert N. Chatigny ) (Blue,A.) (Entered: 10/28/2002) |
| 11/08/2002 | 20 | Plaintiff's REPORT of Parties Planning Meeting (Bauer, J.) (Entered: 11/08/2002) |

| Date | Doc # | Description |
|---|---|---|
| 11/12/2002 | 21 | REPORT of Parties Planning Meeting (Blue,A.) (Entered: 11/12/2002) |
| 11/12/2002 | 22 | OBJECTION by David S. King re: [20-1] 26(f) report (Blue,A.) (Entered: 11/12/2002) |
| 11/12/2002 | 23 | AFFIDAVIT of Matthew G. Conway by David S. King Re [22-1] objection in re: [20-1] 26(f) report by Barbara Burns (Blue,A.) (Entered: 11/12/2002) |
| 11/25/2002 | 24 | MOTION by David S. King for Order to set in person "Status Conference" (Brief Due 12/16/02) (Blue,A.) (Entered: 11/26/2002) |
| 11/25/2002 | 25 | AFFIDAVIT of Matthew G. Conway by David S. King Re [24-1] motion for Order to set in person "Status Conference" by David S. King (Blue,A.) (Entered: 11/26/2002) |
| 11/26/2002 | | **Added party US Court of Appeals (Basile, F.) (Entered: 11/26/2002) |
| 11/26/2002 | | INDEX to Record on Appeal Mailed to USCA: [26-1] appeal by Barbara R. Burns (Basile, F.) (Entered: 11/26/2002) |
| 11/26/2002 | 26 | NOTICE OF INTERLOCUTORY APPEAL of Endorsement dated 10/28/02 by Barbara R. Burns FILING FEE $ NO FEE PAID , Certified Copy of Appeal and Docket mailed to USCA. (Basile, F.) (Entered: 02/19/2003) |
| 12/19/2002 | | In Court pretrial conference Conference set for 10:00 1/9/03 (RNC) (Kunofsky, L.) (Entered: 12/19/2002) |
| 12/24/2002 | | ENDORSEMENT denying [24-1] motion for Order to set in person Status Conference ( signed by Mag. Judge Donna F. Martinez ) (Walker, J.) (Entered: 12/26/2002) |
| 12/24/2002 | 27 | ORDER approving [21-1] & [20-1] report in accordance with attached addendum, reset Discovery deadline to 5/30/03 , set Filing of Trial Memorandum due by 8/29/03 , set Dispositive Motions due by 4/15/03 , set Status Report deadline to 3/19/03 ( signed by Mag. Judge Donna F. Martinez ) (Walker, J.) (Entered: 12/26/2002) |
| 12/26/2002 | 28 | SUPPLEMENTAL AFFIDAVIT of Barbara R. Burns by Barbara R. Burns Re [17-2] motion to Disqualify Judge by Barbara R. Burns (Walker, J.) (Entered: 12/26/2002) |
| 01/06/2003 | 29 | MOTION by Barbara R. Burns for Default Judgment against David S. King , for Sanctions (Brief Due 1/27/03 ) (Blue,A.) (Entered: 01/06/2003) |
| 01/09/2003 | 30 | In Court Pre-Trial Conference held (RNC) (Kunofsky, L.) (Entered: 01/09/2003) |
| 01/23/2003 | 31 | MOTION by David S. King for Protective Order Re: deposition |

| Date | Doc # | Entry |
|---|---|---|
| | | scheduled 1/24/03 (Brief Due 2/13/03 ) (Blue,A.) (Entered: 01/23/2003) |
| 01/23/2003 | 32 | MEMORANDUM by David S. King in support of [31-1] motion for Protective Order Re: deposition scheduled 1/24/03 (Blue,A.) (Entered: 01/23/2003) |
| 01/23/2003 | 33 | ENDORSEMENT RULING granting [31-1] motion for Protective Order Re: deposition scheduled 1/24/03, application for costs is Denied. ( signed by Mag. Judge Donna F. Martinez ) 1 Page (Blue,A.) (Entered: 01/24/2003) |
| 01/24/2003 | 34 | NOTICE OF APPEAL of [33-1] order by Barbara R. Burns Certified copy of Appeal and Docket mailed to USCA and and MOTION to Stay filing fee pending adjudication of motion for costs (Brief Due 2/14/03 ) (Montgomery, C.) Modified on 01/29/2003 (Entered: 01/29/2003) |
| 01/24/2003 | 34 | NOTICE OF INTERLOCUTORY APPEAL of [33-1] Ruling DENIED Motion for Costs by Barbara R. Burns , Certified Copy of Inter. Appeal and Docket mailed USCA. Appellant alternatively petitions for stay pending adjudication of Motion for Costs (Gothers, M.) (Entered: 02/19/2003) |
| 01/28/2003 | 35 | OBJECTION by David S. King to [29-1] motion for Default Judgment against David S. King by Barbara R. Burns, [29-2] motion for Sanctions by Barbara R. Burns (Blue,A.) (Entered: 01/30/2003) |
| 01/28/2003 | 36 | MEMORANDUM by David S. King in support of [35-1] objection, re: [29-1] motion for Default Judgment against David S. King & [29-2] motion for Sanctions (Blue,A.) (Entered: 01/30/2003) |
| 01/31/2003 | 37 | TRANSCRIPT for date of 1/9/03 (Court reporter: Darlene A. Warner) (Blue,A.) (Entered: 01/31/2003) |
| 02/06/2003 | 39 | MANDATE OF USCA (certified copy) dated 1/24/03 dismissing [26-1] appeal ( Roseann B. MacKechnie) (Gothers, M.) (Entered: 02/19/2003) |
| 02/06/2003 | | **Terminated pending appeal [26-1] appeal - see USCA Clerk's mandate doc. # 39 dated 2/6/03 (Gothers, M.) (Entered: 02/19/2003) |
| 02/12/2003 | | INDEX to Record on Appeal Mailed to USCA: [38-1] appeal by Barbara R. Burns (Gothers, M.) (Entered: 02/19/2003) |
| 02/12/2003 | 38 | NOTICE OF INTERLOCUTORY APPEAL of [33-1] order by Barbara R. Burns , Certified Copy of Inter. Appeal and Docket mailed to USCA. Appellant is appealing 1/10/03 docket There is no such order by the District Court (Gothers, M.) (Entered: 02/19/2003) |
| 02/19/2003 | | **Reset last document number to 39 (Basile, F.) (Entered: 02/19/2003) |

| Date | Doc # | Description |
|---|---|---|
| 02/20/2003 | | Record on Appeal Mailed to USCA: [38-1] appeal by Barbara R. Burns (Gothers, M.) (Entered: 02/20/2003) |
| 03/20/2003 | 40 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 2/24/03 received re: [38-1] appeal by Barbara R. Burns USCA Number: 03-7138 (Gothers, M.) (Entered: 03/24/2003) |
| 03/20/2003 | 40 | ACKNOWLEDGED receipt of Record on Appeal at USCA on 2/24/03 received re: [38-1] appeal by Barbara R. Burns USCA Number: 03-7138 (Gothers, M.) (Entered: 03/24/2003) |
| 04/03/2003 | 41 | ORDER re: failure to comply with court's order dated 12/24/02 set Dismissal due by 4/21/03 ( signed by Mag. Judge Donna F. Martinez ) (Blue,A.) (Entered: 04/04/2003) |
| 04/15/2003 | 42 | MOTION by Barbara R. Burns to Compel discovery, for Default Judgment against David S. King (Brief Due 5/6/03 ) (Blue,A.) (Entered: 04/15/2003) |
| 04/15/2003 | 43 | AFFIDAVIT of Barbara Burns by Barbara R. Burns Re [42-1] motion to Compel discovery by Barbara R. Burns, [42-2] motion for Default Judgment against David S. King by Barbara R. Burns (Blue,A.) (Entered: 04/15/2003) |
| 04/16/2003 | 44 | Letter MOTION by David S. King for Pre-Filing Conference (Grady, B.) (Entered: 04/17/2003) |
| 04/16/2003 | | ENDORSEMENT granting [44-1] motion for Pre-Filing Conference, resetting Dispositive Motions due by 5/19/03 ( signed by Mag. Judge Donna F. Martinez ) (Grady, B.) (Entered: 04/24/2003) |
| 04/21/2003 | 45 | MOTION by Barbara R. Burns for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: [41-1] order (Brief Due 5/12/03 ) (Blue,A.) (Entered: 04/22/2003) |
| 04/21/2003 | 46 | AFFIDAVIT of Barbara Burns by Barbara R. Burns Re [45-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: [41-1] order by Barbara R. Burns (Blue,A.) (Entered: 04/22/2003) |
| 04/23/2003 | 47 | MANDATE OF USCA (certified copy) dated 4/9/03 dismissing [38-1] appeal, dismissing [34-1] appeal ( Roseann B. MacKechnie) (Gothers, M.) (Entered: 04/23/2003) |
| 04/23/2003 | | **Remove appeal flag - no further appeals pending (Gothers, M.) (Entered: 04/23/2003) |
| 04/23/2003 | | **Terminated document [34-1] motion to Stay filing fee pending adjudication of motion for costs - USCA Mandate [doc 47] issued dismissing related appeal. (Kunofsky, L.) (Entered: 09/03/2003) |
| 04/28/2003 | 48 | MOTION by Barbara R. Burns for Reconsideration of [41-1] order set |

| | | |
|---|---|---|
| | | Dismissal due by 4/21/03 dated 4/3/03 re: [41-1] order (Brief Due 5/19/03 ) (Blue,A.) (Entered: 04/28/2003) |
| 05/06/2003 | 49 | OBJECTION by David S. King to [42-1] motion to Compel discovery, [42-2] motion for Default Judgment against David S. King & [34-1] motion to Stay filing fee pending adjudication of motion for costs by Barbara R. Burns (Blue,A.) (Entered: 05/07/2003) |
| 05/07/2003 | 50 | AFFIDAVIT of Service by mail of Renee Defina by Barbara R. Burns Re: motion to renew (Blue,A.) (Entered: 05/07/2003) |
| 05/12/2003 | 51 | OBJECTION by David S. King to [45-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: [41-1] order by Barbara R. Burns (Blue,A.) (Entered: 05/12/2003) |
| 05/16/2003 | 52 | ACKNOWLEDGED receipt of Record on Appeal at USCA on 2/24/03 received USCA Number: 03-7138 (Gothers, M.) (Entered: 05/16/2003) |
| 05/16/2003 | 53 | OBJECTION by David S. King to [48-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: [41-1] order by Barbara R. Burns (Blue,A.) (Entered: 05/16/2003) |
| 05/16/2003 | 54 | REPLY & MOTION by Barbara R. Burns to response to [48-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: [41-1] order by Barbara R. Burns (1 of 2 parts) (Blue,A.) (Entered: 05/16/2003) |
| 05/16/2003 | 54 | REPLY & MOTION by Barbara R. Burns to Strike [49-1] objection by David S. King re: [42-1] motion to Compel discovery by Barbara R. Burns (Brief Due 6/6/03) (2 of 2 parts) (Blue,A.) (Entered: 05/16/2003) |
| 05/16/2003 | | Record on Appeal returned from U.S. Court of Appeals, Regarding [38-1] appeal [34-1] appeal by Barbara R. Burns . Receipt mailed to USCA. (Gothers, M.) (Entered: 05/22/2003) |
| 05/19/2003 | 55 | MOTION by David S. King for Summary Judgment (Brief Due 6/9/03 ) (Blue,A.) (Entered: 05/20/2003) |
| 05/19/2003 | 56 | MEMORANDUM by David S. King in support of [55-1] motion for Summary Judgment (Blue,A.) (Entered: 05/20/2003) |
| 05/19/2003 | 57 | STATEMENT of Material Facts by David S. King regarding [55-1] motion for Summary Judgment (Blue,A.) (Entered: 05/20/2003) |
| 05/20/2003 | 58 | MOTION by David S. King to Dismiss (Brief Due 6/10/03 ) (Blue,A.) (Entered: 05/20/2003) |
| 05/28/2003 | 59 | MOTION by David S. King to Compel complete answers to discovery (Brief Due 6/18/03 ) (Blue,A.) (Entered: 05/28/2003) |

| Date | No. | Entry |
|---|---|---|
| 05/28/2003 | 60 | MEMORANDUM by David S. King in support of [59-1] motion to Compel complete answers to discovery (Blue,A.) (Entered: 05/28/2003) |
| 06/02/2003 | 61 | MOTION by Barbara R. Burns to Strike [53-1] objection by David S. King re: [48-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: order by Barbara R. Burns (Brief Due 6/23/03 ) (Blue,A.) (Entered: 06/02/2003) |
| 06/05/2003 | 62 | MOTION by Barbara R. Burns to Dismiss defendant's motion for summary judgment & sanctions (Brief Due 6/26/03) (Blue,A.) (Entered: 06/05/2003) |
| 06/16/2003 | 63 | MOTION by David S. King for Protective Order Regarding preventing plaintiff from conducting additional discovery (Brief Due 7/7/03 ) (Blue,A.) (Entered: 06/16/2003) *with Judge Martinez Chambers* |
| 06/16/2003 | 64 | MEMORANDUM by David S. King in support of [63-1] motion for Protective Order Regarding preventing plaintiff from conducting additional discovery (Blue,A.) (Entered: 06/16/2003) *with Jg. Martinez's Chambers* |
| 06/19/2003 | 65 | OBJECTION by David S. King to [62-1] motion to Dismiss defendant's motion for summary judgment & sanctions by Barbara R. Burns (Blue,A.) (Entered: 06/20/2003) |
| 06/19/2003 | 66 | REPLY by David S. King to response to [55-1] motion for Summary Judgment by David S. King (Blue,A.) (Entered: 06/20/2003) |
| 06/27/2003 | 67 | REPLY by Barbara R. Burns to response to [55-1] motion for Summary Judgment by David S. King (Blue,A.) (Entered: 06/30/2003) |
| 07/10/2003 | 68 | MOTION by Barbara R. Burns to Strike [59-1] motion to Compel complete answers to discovery by David S. King , for Sanctions (Brief Due 7/31/03 ) (Blue,A.) (Entered: 07/11/2003) |
| 07/10/2003 | 69 | SUPPLEMENTAL REPLY by Barbara R. Burns to response to [55-1] motion for Summary Judgment by David S. King (Blue,A.) (Entered: 07/11/2003) |
| 07/15/2003 | 70 | REPLY by David S. King to supplemental response to [55-1] motion for Summary Judgment by David S. King (Blue,A.) (Entered: 07/15/2003) |
| 07/23/2003 | 71 | SUPPLEMENTAL REPLY by David S. King to response to [55-1] motion for Summary Judgment by David S. King (Blue,A.) (Entered: 07/23/2003) |
| 07/31/2003 | 72 | OBJECTION by David S. King to [68-1] motion to Strike [59-1] motion to Compel complete answers to discovery by David S. King & [68-2] motion for Sanctions by Barbara R. Burns (Blue,A.) (Entered: 07/31/2003) |

| Date | # | Description |
|---|---|---|
| 08/28/2003 | 73 | ORDER referring [29-1] motion for Default Judgment against David S. King, [29-2] motion for Sanctions, [42-1] motion to Compel, [42-2] motion for Default Judgment against David S. King to Mag. Judge F. Martinez (signed by Chief Judge Robert N. Chatigny) (Grady, B.) (Entered: 08/28/2003) |
| 08/28/2003 | | ENDORSEMENT denying [45-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 (signed by Chief Judge Robert N. Chatigny) (Gothers, M.) (Entered: 08/28/2003) |
| 08/28/2003 | | ENDORSEMENT denying [48-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 (signed by Chief Judge Robert N. Chatigny) (Gothers, M.) (Entered: 08/28/2003) |
| 08/28/2003 | | ENDORSEMENT denying [61-1] motion to Strike [53-1] objection by David S. King re: [48-1] motion for Reconsideration of [41-1] order set Dismissal due by 4/21/03 dated 4/3/03 re: order by Barbara R. Burns (signed by Chief Judge Robert N. Chatigny) (Gothers, M.) (Entered: 08/28/2003) |
| 08/29/2003 | 74 | TRIAL BRIEF by David S. King Estimated trial time is for 4-5 days (Blue,A.) (Entered: 09/03/2003) |
| 08/29/2003 | | ENDORSEMENT denying [54-1] motion to Strike [49-1] objection by David S. King re: [42-1] motion to Compel discovery by Barbara R. Burns (signed by Mag. Judge Donna F. Martinez) (Bauer, J.) (Entered: 09/04/2003) |
| 08/29/2003 | | ENDORSEMENT denying [59-1] motion to Compel complete answers to discovery (signed by Mag. Judge Donna F. Martinez) (Bauer, J.) (Entered: 09/04/2003) |
| 08/29/2003 | | ENDORSEMENT denying [68-1] motion to Strike [59-1] motion to Compel complete answers to discovery by David S. King, denying [68-2] motion for Sanctions (signed by Mag. Judge Donna F. Martinez) (Bauer, J.) (Entered: 09/04/2003) |
| 09/02/2003 | 75 | TRIAL BRIEF by Barbara R. Burns Estimated trial time is for 5-7 days (Blue,A.) (Entered: 09/03/2003) |
| 09/02/2003 | 76 | RECOMMENDED Ruling denying [42-1] motion to Compel discovery [42-2] motion for Default Judgment against David S. King [29-1] motion for Default Judgment against David S. King 9/20/03 & [29-2] motion for Sanctions Objections due 9/20/03 (signed by Mag. Judge Donna F. Martinez) 7 Page(s) (Bauer, J.) (Entered: 09/04/2003) |
| 09/03/2003 | | DFM all purposes except trl unless consent fld & mtn 29,42 (Kunofsky, L.) (Entered: 09/03/2003) |
| 09/16/2003 | 77 | MOTION by Barbara R. Burns Motion for Rule 72 De Novo Review and to Renew discovery motions (Brief Due 10/7/03) (Blue,A.) |

*with Mag Jg. Martinez's chambers*

| | | | |
|---|---|---|---|
| | | | (Entered: 09/16/2003) |
| 09/23/2003 | | 78 | OBJECTION by David S. King to proposed jury interrogatories listed in re: [75-1] trial brief by Barbara R. Burns (Blue,A.) (Entered: 09/23/2003) |
| 09/23/2003 | | 79 | OBJECTION by David S. King to proposed jury instructions listed in re: [75-1] trial brief by Barbara R. Burns (Blue,A.) (Entered: 09/23/2003) |
| 09/23/2003 | | 80 | OBJECTION by David S. King compliance with standing order re: [75-1] trial brief by Barbara R. Burns (Blue,A.) (Entered: 09/23/2003) |
| 09/23/2003 | | 81 | SUPPLEMENTAL MEMORANDUM by David S. King in support of [63-1] motion for Protective Order Regarding preventing plaintiff from conducting additional discovery & MEMORANDUM IN OPPOSITION (1 of 2 parts) (Blue,A.) (Entered: 09/23/2003) |
| 09/23/2003 | | 81 | SUPPLEMENTAL MEMORANDUM by David S. King in opposition to [77-1] motion Motion for Rule 72 De Novo Review and to Renew discovery motions by Barbara R. Burns & MEMORANDUM IN SUPPORT (2 of 2 parts) (Blue,A.) (Entered: 09/23/2003) |
| 09/30/2003 | | | ENDORSEMENT approving [76-1] recommended ruling, denying [42-1] motion to Compel discovery, denying [42-2] motion for Default Judgment against David S. King, denying [29-1] motion for Default Judgment against David S. King, denying [29-2] motion for Sanctions ( signed by Chief Judge Robert N. Chatigny ) (Blue,A.) (Entered: 10/01/2003) |
| 10/01/2003 | | 82 | NOTICE OF INTERLOCUTORY APPEAL of order dated 9/30/03 re: recommended ruling dated 9/2/03 by Barbara R. Burns , Certified Copy of Inter. Appeal and Docket mailed USCA. (Gothers, M.) (Entered: 10/02/2003) |
| 11/03/2003 | ● | 83 | SUPPLEMENTAL MEMO IN SUPPORT re [63] Motion for Protective Order & Objection to Plaintiff's 9/20/03 Affidavit filed by David S. King. (Ferguson, L.) (Entered: 11/20/2003) |
| 11/17/2003 | ● | 84 | MOTION to Vacate Chief Judge Chatigny's Endorsement Order Approving Magistrate Judge Martinez' Recommended Ruling denying [42] Motion to Compel and [29] Motion for Default Judgment & Sanctions by Barbara R. Burns. (D'Onofrio, B.) (Entered: 11/25/2003) *with Mag. Judge Martinez's Chambers* |
| 12/04/2003 | | | ***Set Flags Case Referred and Suppress from Service and Answer Report (Kunofsky, L.) (Entered: 12/04/2003) |
| 12/08/2003 | ● | | Request from USCA for Record on Appeal Made Via mail re [82] Notice of Interlocutory Appeal: (Gothers, M.) (Entered: 12/09/2003) |

I hereby certify that the foregoing
is a true copy of the original document
on file.    Date: 12/9/03

EDWIN F. ROWE
Clerk

By _____
            Deputy Clerk