**MANDATE**

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**



HACT
02-CV-897
Chatigny
Martinez

ROSEANN B. MACKECHNIE
CLERK

DC Initials: hact

*[Seal: United States Court of Appeals, Filed FEB 17 2004, Roseann B. MacKechnie, Clerk, Second Circuit]*

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 17th day of February two thousand four.

Burns v. King          03-9146-CV

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed  in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,
   it is ordered that the appeal from the order of 09/02/03 United States
   District Court of Connecticut be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
        DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk
_____
By: Siomara Martinez
Deputy Clerk

Certified: 2/17/04