United States District Court

District of Connecticut

Barbara R. Burns,

    Plaintiff

v.

David S. King,

    Defendant

Case No. 3:02cv897

**AFFIDAVIT OF KEVIN E. BURNS**

Kevin E. Burns, upon oath, deposes and says:

1. That I am disinterested party to this action.

2. That I am Barbara Burns' former husband and the co-owner of the Minnesota residence occupied by Barbara Burns and our college-age son, Christopher Burns.

3. That, as the property owner and Christopher's father, I took responsibility for repairs, maintenance, and other duties regarding the property during the time periods Barbara Burns was absent from the state of Minnesota and attending law school in the tri-state area of New York, New Jersey, and Connecticut.

4. That, in approximately late 2001, Barbara Burns and I contracted with Paul Wynes, general contractor, for the purpose of completing major renovations, including structural repairs, to our Minnesota home.

5. That in approximately mid-2002 and continuing through 2003, Mr. Wynes contracted with a sub-contractor, Home Value Interiors, for replacement and installation of a sub-floor and carpeting throughout the entire first-floor of the residence.

6. That I personally incurred and paid for the installation in the approximate amount of $5,000, and that, upon request, I can produce invoices and other records for review by the United States District Court for the District of Connecticut.

7. That the original installation was defective, e.g., the floor buckled, and required replacement in the spring of 2003.

1

8. That, at that time and without pre-notification to Barbara Burns, then living in the east, I authorized Mr. Wynes to box up all furniture and personal effects situated on the first floor of the house, including numerous personal papers stored by Barbara Burns in the office area just off the kitchen.

9. That the house is uninhabitable and not occupied by Barbara Burns at the present time; and, to my knowledge, the papers and other items remain boxed and in off-premises storage.

10. That, at Barbara Burns' request, I and other persons have searched for certain personal papers, including law school records, but, to date, have been unable to find them, although I have obtained assurances from Mr. Wynes that Mr. Wynes did not destroy or discard any official documents, including academic records.

11. That I make this affidavit at the request of Barbara Burns, in response to a demand by Matthew Conway, attorney for Defendant David King.

Witness my hand, this 27th day of February 2004, at Eagan, Dakota County, Minnesota.

DATED: 2/27/04                           BY: [signature]

Subscribed and sworn to before me.

DATED: 2-27-04                           BY: [signature]

Notary – State of Minnesota

JOANNE M. BERKOVITZ
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

Hennepin County

2

## CERTIFICATION OF MAILING

I hereby certify that on February 28, 2004, the enclosed Affidavit of Kevin E. Burns was mailed to Matthew G. Conway, Conway and Stoughton, 201 Ann Street, Hartford, CT, and Kevin F. Rowe, Clerk, United States District Court, 450 Main Street, Hartford, CT.

DATED: February 28, 2004                BY:  *Barbara R. Burns*
                                             Barbara R. Burns

*Amy L Edwards*

AMY L. EDWARDS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2007