

63

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| Barbara R. Burns | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO: 302CV 00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | June 12, 2003 |
| Defendant | : | |

### DEFENDANT DAVID KING'S MOTION FOR PROTECTIVE ORDER

Pursuant to FRCP § 26(c), the Defendant in the above matter hereby moves this Court for a protective order preventing the plaintiff from conducting additional discovery, specifically the deposition of Neil Cogan and the propounding of a second set of interrogatories, now that the discovery period has run. Discovery ended in this case on May 30, 2003. There is no good reason why the Plaintiff should now be allowed to conduct further depositions and seek additional written discovery. As stated in the attached memorandum of law, the Plaintiff has filed no motions to extend the discovery deadlines and there exists no good cause for doing so.

March 31, 2004.  Burns v. King 3:02CV0897 (RNC)

Re: Defendant's Motion for Protective Order [Doc. #63]

Granted. The deadline for completing discovery in this action was May 30, 2003. On June 1, 2003, plaintiff filed a deposition notice and propounded a set of interrogatories without first seeking and obtaining leave to do so from the court. Plaintiff may not initiate further discovery without leave of court. Any motion for leave must state the position of opposing counsel.

So ordered.

Robert N. Chatigny, U.S.D.J.