58

MGC
COPY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Barbara R. Burns                    :          CIVIL ACTION
    Plaintiff                 :
                                 :          NO: 302CV 00897(RNC)
V.                                  :
                                 :
David S. King                       :          May 19, 2003
    Defendant                 :

**DEFENDANT  KING'S MOTION TO DISMISS**

Defendant David King herein moves dismiss pursuant to FRCP 12(b)(1), on grounds that

Plaintiff has failed to meet the amount in controversy requirement set forth in 28 U.S.C. §

**March 31, 2004.**  Burns v. King  3:02CV0897 (RNC)

Re: Motion to Dismiss [Doc #58]

Denied.  Defendant David King has filed a motion to dismiss [Doc. #58], arguing that this court lacks jurisdiction over this action because plaintiff has failed to satisfy the amount in controversy requirement of 28 U.S.C. § 1332(a).  Plaintiff bears the burden of proving that it appears to a "reasonable probability" that the claim is in excess of the statutory jurisdictional amount.  Scherer v. Equitable Life Assur. Society, 347 F.3d 394, 397 (2d Cir. 2003).  There is, however, a rebuttable presumption that the face of the complaint is a good faith representation of the actual amount in controversy.  Id.  To overcome the face-of-the-complaint presumption, the defendant must show "to a legal certainty" that the amount recoverable does not meet the jurisdictional threshold.  Id.  Even where the allegations leave grave doubt about the likelihood of a recovery of the requisite amount, dismissal is not warranted.  Id.  Defendant does not meet this rigorous standard.  Although plaintiff's explanation of the damages she has suffered is less than completely clear, the court cannot say to a legal certainty that those damages do not exceed the jurisdictional amount. The motion to dismiss is therefore denied.

So ordered.

United States District Court
   District of Connecticut
     AT HARTFORD
   Mar 31 2004

Robert N. Chatigny, U/S.D.J.