United States District Court

District of Connecticut

Barbara R. Burns,

    Plaintiff

CIVIL ACTION

Case No. 302CV00897 (RNC)

v.

David S. King,

    Defendants

**PLAINTIFF'S MOTION FOR DISMISSAL OF DEFENDANT'S SUMMARY JUDGMENT AND FOR SANCTIONS**

### INTRODUCTION

March 31, 2004.   <u>Burns v. King</u> 3:02CV0897 (RNC)

Re: Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment [Doc #62]

Denied. Plaintiff has filed a "Motion for Dismissal of Defendant's Summary Judgment and for Sanctions." Despite its label, the body of the motion reveals that it is in fact a motion to (1) strike defendant's motion for summary judgment, and (2) strike defendant's motion to dismiss, or, alternatively, a motion for (3) an extension of time to file a memorandum of opposition, and (4) partial summary judgment against the defendant for willful violations of the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. All of these motions must be denied. The motions to strike are based on arguments that simply oppose defendant's motions; they do not allege an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter, as required by Fed. R. Civ. Pro. 12(f). The motion for extension of time does not comply with the requirement of Local Rule 7(b)(3) that the motion include a statement that plaintiff has inquired or attempted to inquire of opposing counsel whether there is agreement or objection to the motion. The motion for partial summary judgment refers to a claim which plaintiff did not make in her complaint.

So ordered.

United States District Court
District of Connecticut
FILED

_____
Robert N. Chatigny, U.S.D.J.