June 28, 2004

Dear Mr. Rowe,

I am returning for retroactive filing, the transcripts of David L. King and Barbara Burns.

Please note the following:

1) The parties have not reached any agreement regarding custody of the transcripts; consequently filing of the transcripts is appropriate.

2) U.S. District Court Judge Robert Chatigny has ordered the Plaintiff to produce any and all documentary evidence pertinent to Plaintiff's opposition to Defendants Summary Judgement motion.

3) The Clerk of Court is without authority to reject any filing absent an authorizing judicial order.

In consideration of the foregoing, it is expected & requested that you will provide confirmation of retroactive filing of the transcripts as of June 14, 2004.

Please provide me with confirmation of filing within 5 business days.

Peter R. Byrne

cc: Judge R. Chatigny
cc: File # 03CV897(RNC)