June 28, 2004

Dear Mr. Rowe,

I am returning for retroactive filing, the transcripts of David L. King and Barbara Burns.

Please note the following:

① The parties have not reached any agreement regarding custody of the transcripts; consequently filing of the transcripts is appropriate.

② U.S. District Court Judge Robert Chatigny has ordered the Plaintiff to produce any and all documentary evidence pertinent to Plaintiff's opposition to Defendants Summary Judgement motion.

③ The Clerk of Court is without authority to reject any filing absent & authorizing Judicial Order.

In consideration of the foregoing, it is expected & requested that you will provide confirmation of retroactive filing of the transcripts as of June 14, 2004.

Please provide me with confirmation of filing within 5 business days.

Parker R. Byrne

cc: Judge R. Chatigny
cc: File # 03CV897(RNC)