UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Barbara R. Burns,

    Plaintiff                CIVIL ACTION

v.

David S. King,           CASE No. 03-CV-897 (RNC)

    Defendant

---

Renee De Fina, upon oath, deposes and says:

1. That I am not a party to this action.

2. That at various times between April, 2003 and the present date, I have placed in an envelope, postage prepaid and addressed to Kevin F. Rowe, Clerk, U.S. District Court, 450 Main Street, Hartford, CT 06301 and have designated as a filing in Case No. 03-CV 897 (RNC), official transcripts of the Depositions of David S. King, dated February 7, 2003 and Barbara R. Burns, dated April 8, 2003, and that the same were by me filed via United States Express Mail, Signature Delivery Confirmation, most recently on June 12, 2004, with delivery guaranteed not later than June 14, 2004.

3. That since the commencement of this litigation on May 25, 2002, I have received on behalf of Barbara Burns and preserved in a file various mailings by the Defendant, David S. King, and the United States District Court for the District of

Connecticut, including, but not limited to Defendant's Motion for Summary Judgment dated May 19, 2003.

4. That I viewed Defendant's Motion for Summary Judgment on June 11, 2004, and confirmed to Barbara Burns at that time that Defendant's Local Rule 56 Disclosures, specified by the May 24, 2003 Order of Judge Robert N. Chatigny, was not included in the packet containing Defendant's Service of the Summary Judgment Motion, which I filed intact upon receipt, and that I am without evidence that it was ever separately served upon Barbara Burns at this address.

DATED: June 11, 2004            BY:

                                                    Renee A. DeFina

Subscribed and sworn to before me.

DATED: June 11, 2004            BY: /s/ Renée A. DeFina

                                                    NOTARY

DIMITRI DIMITRIADES
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 1/26/07