UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 AUG -2 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT.

Barbara R. Burns,

    Plaintiff                  CIVIL ACTION

v.

David S. King,

    Defendant              Case No. 302-CV-00897

---

### AFFIDAVIT OF BARBARA R. BURNS

Barbara R. Burns, upon oath, deposes and says:

1. That I am the Plaintiff in the above-entitled action.

2. That on June 10, 2003, pursuant to the order of United States District Court Judge Robert N. Chatigny, directing me to respond to Defendant's Rule 56 Statement prior to June 14, 2004, I emailed a request for a copy of the Rule 56 Statement referenced by the court's order to defense counsel Matthew G. Conway, stating that, by the certification of Renee A. DeFina, this document was apparently not among the motion papers earlier received from defense counsel; and that this email was transmitted to defense counsel at the email address provided by defense counsel to me and was not returned to me as undeliverable.

3. That, notwithstanding that the June 10, 2004 email clearly stated that time was of the essence and that defense counsel's prompt response was expected and requested, I received no response to the email from defense counsel Conway.

4. That, at approximately 9: a.m. on June 11, 2004, I telephoned defense counsel's offices and directly communicated my request for a copy of the Rule 56 Statement to defense counsel's receptionist, who stated that she was not prepared to "go through the file", but that she would promptly relay the message to defense counsel Conway.

5. That, having received no response to the telephone request that was left with defense counsel's office on the morning of June 11, 2004, I again telephoned defense counsel's office at approximately noon, and again at 2:00 p.m., in response to the instructions of defense counsel's receptionist, at which time I was told that defense counsel was "very busy", but that an associate, a Mr. Nouri,

1

could possibly be of assistance and that Mr. Nouri would be available later that afternoon.

6. That, at approximately 4:00 p.m., I spoke with Mr. Nouri, who advised me that the court's reference to a Rule 56 Statement was incorrect and that what I actually required was a Rule 9 Statement, or words of that substance and meaning.

7. That Mr. Nouri then acquiesced to my request that he fax a copy of the Statement, which, by the account of Renee DeFina, was not among the related pleadings earlier mailed by defense counsel, which Renee DeFina had filed in the original envelope.

8. That I received the fax transmission of the Rule 9/56 Statement from Mr. Nouri at approximately 5:30 CDT, after close of business, on June 11, 2004, which was the day that all U.S. Postal Offices were closed in observance of the funeral of President Reagan.

9. That the following day, June 12, 2004, I filed, via United States Express Mail, the memoranda and supporting documents specified by the order of United States District Court Judge Chatigny with the Clerk of the United States District Court, with contemporaneous service upon Conway and Stoughton at 201 Ann Street, Hartford, CT.

DATED: July 28, 2004                BY: _____
                                          Barbara R. Burns

Subscribed and sworn to before me.

DATED: 7/29/04                      BY: _____
                                          NOTARY

DIEM NGUYEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2006

2