#100

FILED

UNITED STATES DISTRICT COURT

2004 JUN 25    DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT

Barbara R. Burns,

    Plaintiff                      CIVIL ACTION

v.

David S. King,

    Defendant                 Case No. 3-02-CV897 (RNC)

**PLAINTIFF'S MOTION FOR STAY OF MAY 24, 2004 ORDER OF UNITED STATES DISTRICT COURT JUDGE ROBERT N. CHATIGNY AND FOR LEAVE TO TAKE THE DEPOSITION OF NEIL H. COGAN; AND PLAINTIFF'S PRELIMINARY MEMORANDUM IN OPPOSITION TO GRANT OF SUMMARY JUDGMENT TO DEFENDANT**

In accordance with the March 31, 2004 order of United States District Court Judge Robert N. Chatigny, Plaintiff Barbara R. Burns hereby moves the court for stay of this court's May 24, 2004 order and for leave to take the deposition of former Quinnipiac University Law School Dean Neil H. Cogan. Pending this court's ruling on Plaintiff's Motion for Leave to Take the Deposition of Neil H. Cogan and in accordance with the May 24, 2003 Order of United States District Court Judge Robert N. Chatigny, Plaintiff submits Plaintiff's Preliminary Memorandum in Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Counter-Affidavit; and Plaintiff's Preliminary Local Rule 56(c) 2 Statement. This motion is based upon the file, court record, and proceedings, including the filed deposition transcripts of Barbara R. Burns and David S. King.

Plaintiff is further constrained to request an extension of time of one week to obtain a copy of Document #57 from the court and to file a final Rule 56 (c) 2 Statement on the basis that Plaintiff was not served with Document #57 by Defendant. Affidavit of Renee

1

*[handwritten margin notes: "10/4/04 denied in accordance with previous order for order."]*