

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Barbara R. Burns** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | NO: 302CV 00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | October 28, 2004 |
| Defendant | : | |

### APPEARANCE OF DEFENDANT DAVID S. KING

To:   Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06106

Please enter the Appearance of the undersigned, Sean M. Nourie, as attorney for the defendant DAVID S. KING in the above entitled matter.

DEFENDANT,
DAVID S. KING,

By: _____
Sean M. Nourie
Fed. No. CT26205
Conway & Stoughton, LLP
201 Ann Street
Hartford, CT 06103
(860) 525-5529
fax (860) 525-1191

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 28th day of October, 2004 to the following pro se party:

Barbara R. Burns
980 Main Street
Hackensack, NJ 07601

Sean M. Nourie