UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

Barbara R Burns, Plaintiff

2004 NOV 29 P 3: 23

v.

Case No. 3:02CV897 (RNC)
U.S. DISTRICT COURT
HARTFORD, CT.
(Put case number here)

David S. King, Defendant

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. **(Complete the first line for electronic notification from the court)**

I, ___Barbara R Burns___ hereby consent to the court
(name of pro se litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, _____ hereby consent to opposing
(name of pro se litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

___BARBARA R BURNS___
(Name of pro se litigant, typed or printed)

___980 MAIN STREET (Mailing Address)___     612-327-7490 (cellular)
Street Address                                                            612-869-6632
___Hackensack, NJ 07601___     201-488-0575
City, State, Zip Code                                    Telephone

___barbaraburns@msn.com___
email address

___11-25-04___     ___Barbara R Burns___
Date                                         Signature

## Certificate of Service

I hereby certify that on _Nov. 26, 2004_ [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

Linda Kunofsky
U.S. District Court
450 Main Street
Hartford, CT
06103

_____
Signature of pro se litigant