CERTIFICATION OF MAILING

I hereby certify that on December 10, 2004, I placed in an envelope, postage prepaid and addressed to the parties named below Plaintiff's First Motion in Limine and Plaintiff's Memorandum in Support of the Videotaped Testimony of Neil Cogan and that the same was by me deposited in a U.S. Postal Box at Bloomington, MN.

PARTIES SERVED:

Kevin Rowe, Clerk of Court, U.S. District Court, 450 Main Street, Hartford, CT 06103
Matthew Conway, Conway and Stoughton, 201 Ann Street, Hartford, CT 06103

DATED: 12-10-04         BY: /s/ Barbara R. Burns
                            BARBARA R. BURNS

[FILED stamp: 2004 DEC 14 A 11:43 U.S. DISTRICT COURT HARTFORD, CT.]

**Burns, Kevin**

---

| | |
|---|---|
| **From:** | Barbara Burns [barbara-burns@msn.com] |
| **Sent:** | Wednesday, December 08, 2004 12:05 PM |
| **To:** | Linda_Kunofsky@ctd.uscourts.gov |
| **Cc:** | mconway@conwaystoughton.com |
| **Subject:** | Re: Videotaped Testimony - Case No. 03-CV-897 |

Ms. Kunofsky:                          VIA EMAIL and U.S. Mail

   One of the prerequisites set forth by Judge Chatigny was that the Hartford courthouse must have the capability for videotaped live testimony via teleconferencing. Judge Chatigny was not certain about this and stated that he would check with you in accordance with the instructions of the Clerk's office to me. It is duly noted that the Second Circuit has certified the Hartford courthouse as a Video Argument Site and has specified three contact persons, namely, Steven Watkins, Martha Gather, and Fidelis Basile.

   As I stated at conference, I did contact the Clerk's office, which confirmed that Mr. Watkins is the designated videoconferencing technician. At that time, I was told that the courthouse has the necessary equipment, but that you, as the Courtroom Deputy, must coordinate the process. I was further told by the Hartford Clerk's office to direct any necessary inquiries regarding the videoconferencing process to you as the courtroom deputy. If these instructions are inaccurate, I will appreciate knowing this, in which case I will direct future inquiries to the Clerk and not to you.

   In the meantime, in consideration of Judge Chatigny's instructions and those of the Clerk to verify the feasibility of these arrangements with you, it would be helpful to me if you could verify that the necessary equipment and personnel are available in Hartford on the dates of January 11-13, or, alternatively, that you have authorized direct inquiry of the Clerk's office, which, as stated, referred me to you. Obviously, I will need some procedural instructions and preliminary information to prepare and file the motion specified by Judge Chatigny. As time is clearly of the essence, it would therefore be helpful if I could be directed to the appropriate person.

   Please note that, in accordance with your instructions, I have copied the court file as well as Mr. Conway to this correspondence and that, upon your confirmation that this is appropriate, I will direct all future correspondence regarding videoconferencing to the Clerk's office.

   Thank you for your attention to this information.


Barbara R. Burns

cc: File No. 03-CV-897 (via U.S. Mail)
cc: Matthew Conway (via email)
cc: U.S.D.C.Judge Robert N. Chatigny (via U.S. Mail)




>From: Linda_Kunofsky@ctd.uscourts.gov
>To: "Barbara Burns" <barbara-burns@msn.com>
>Subject: Re: Videotaped Testimony - Case No. 03-CV-897
>Date: Tue, 7 Dec 2004 11:24:35 -0500
>
>Ms. Burns,

1

```
>
>This is in response to your e-mail message.
>
>It is my understanding that the issue you raise in your e-mail was
>discussed at the final pretrial conference held by telephone yesterday
>with Judge Chatigny and opposing counsel.  Pursuant to his order, you must
>file and serve a motion on or before December 20, 2004, opposing counsel
>will have until January 4, 2005 to respond and Judge Chatigny will then
>rule on your request.
>
>Future correspondence must be submitted in writing to the Clerk's Office
>with copies sent to counsel of record as required by Fed. R. Civ. P as
>well as our Local Rules.
>
>
>Linda I. Kunofsky
>
>
>
>
>
>"Barbara Burns" <barbara-burns@msn.com>
>12/06/2004 06:23 PM
>
>To
>Linda_Kunofsky@ctd.uscourts.gov
>cc
>
>Subject
>Videotaped Testimony - Case No. 03-CV-897
>
>
>
>
>
>
>Dear Ms. Kunofsky:
>
>    This will confirm that I have summonsed Neil Cogan to testify via
>videoconference at trial in the above-captioned case, which had been
>scheduled to commence on December 14, 2004. The case has now been
>re-scheduled to commence on January 11, 2005.
>
>Mr. Cogan lives and works in Costa Mesa, CA, which is part of the Central
>District of California. By pre-arrangement with the California federal
>court, Mr. Cogan will appear at the Santa Ana courthouse videoconference
>center.
>
>    I was told by the Hartford Clerk's office that you and the
>videoconference
>technician assigned to the Hartford courthouse would finalize these
>arrangements with the Santa Ana courthouse. The contact in Santa Ana is
>Tony
>Ormeo or, in his absence, Benny Medina. The telephone number is
>714-560-0243. Please note that Mr. Ormeo requests a fax confirmation of
>the
>videoconference reservation, which is presently tentatively reserved for
>December 14, 2004-December 16, 2004. The fax number is 714-338-4185.
>
>    Thank you for your attention to this information.
>
>
>Barbara R. Burns
>
>
>
```

2