**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Barbara R. Burns | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO: 302CV 00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | December 16, 2004 |
| Defendant | : | |

**MOTION FOR CONTINUANCE**

Pursuant to Local Rule 7, the defendant, David King, hereby moves this Court for a

continuance of the trial until March 8, 2005, due to long standing trials which defense counsel

has in both January and February 2005.  In support thereof, the defendant submits the attached

memorandum of law and supporting affidavit of Matthew G. Conway.

DEFENDANT,
DAVID S. KING,

BY_____
Matthew G. Conway
Fed. No. ct09612
Conway & Stoughton, LLP
201 Ann Street
Hartford, CT 06103
(860) 525-5529
fax (860) 525-1191

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**CERTIFICATION**

This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 16th day of December 2004 to the following pro se party:

Barbara R. Burns
980 Main Street
Hackensack, NJ 07601

_____

Matthew G. Conway