UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Barbara R. Burns | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO: 302CV 00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | December 16, 2004 |
|     Defendant | : | |

**AFFIDAVIT OF MATTHEW G. CONWAY**

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am counsel to David King in the above matter and have been so since the inception of this case. I am the only defense attorney who has appeared at any depositions in this case; I am the only defense counsel who appeared at the one court hearing; and the only attorney who has appeared for all of the telephonic conferences.

3. Attorney Sean Nourie of my office is a second year associate who recently has been admitted to the United States District Court Bar. He filed an appearance in the case on October 29, 2004, so that he may sign any motions and/or objections as necessary. His role in the case has been limited to research and writing. Attorney Nourie has never tried a case in state or federal court nor has he ever argued a motion in federal court. In addition, Attorney Nourie has never met David King nor any of the witnesses in this case.

4. On August 29, 2003, and November 12, 2004, the defendant complied with the court order regarding the submission of defendant's compliance with the standing order regarding trial memorandum.

5. On September 30, 2004, the court issued a pretrial order indicating that "trial will commence with jury selection on December 14, 2004, at 9:00 a.m. Thereafter, the court scheduled a telephonic pretrial conference in this matter for November 23, 2004, at 11:30 a.m., which was then postponed until December 6, 2004, at 5:00 p.m. As of December 6, 2004, it was expected that jury selection would begin on December 14, 2004, with trial following thereafter.

6. At the telephonic pretrial conference of December 6, 2004, the Court advised the parties that jury selection would begin on January 11, 2005, with trial likely to follow immediately thereafter.

7. Undersigned counsel is also counsel to ABCO Refrigeration Supply Company, Inc., in the Stop & Shop v. ABCO matter pending in the Complex Litigation Docket in Waterbury, Connecticut (No. X01-CV-00-0163760) brought by Complaint dated October 18, 2000. That case is a product liability case involving an acetylene gas cylinder which case stems from a fire on November 18, 1998. The damages claimed are 6.6 million dollars. There are three product liability defendants, two negligence defendants, pro hac vice plaintiff's counsel and local plaintiff's counsel all involved in that case.

8. Undersigned counsel has been the lead defense counsel for ABCO Refrigeration Supply Company, Inc., since the inception of that case. Once again, counsel is the only attorney

who has met the client and has conducted nearly all of the depositions on behalf of ABCO. There are twelve expert witnesses disclosed in that case.

9. By Court order in the Stop & Shop v. ABCO case dated January 17, 2002, the court (Sheeds, J.) scheduled a trial date of September 3, 2003. Thereafter, the need for an additional product defendant to be brought into the case arose. As such, the Court issued a final Case Management Order on July 21, 2003, setting the trial to begin on January 4, 2005, with evidence following immediately upon completion of jury selection. It is expected that the Stop & Shop v. ABCO matter will encompass the entire month of January.

10. As for the Stop & Shop v. ABCO case, there have been continued settlement negotiations in the case, but the parties are more than a million dollars apart. The parties have set, however, a face-to-face negotiation session for December 21, 2004. If the case settles at that time, undersigned counsel will immediately notify this Court. Otherwise, it is expected that the case will proceed to trial beginning January 4, 2005.

11. Undersigned counsel is also lead defense counsel for Barreto Manufacturing, Inc. in the case of Durkin v. Engler, et al (CV 01 0344431 S), a product liability action involving a trenching machine, pending in Superior Court of Connecticut at Danbury. Barreto was not an original defendant in that case. Before Barreto's involvement, trial had been set for September 9, 2004. After Barreto was impleaded into the case, on August 17, 2004, the Court (Mintz, J.) granted a Motion for a Continuance, setting the new trial date to begin on February 1, 2005, with trial following thereafter. The Durkin v. Engler matter

involves two negligence defendants, two product liability defendants in addition to the plaintiff.

12. There have been no settlement negotiations since defense counsel's involvement in <u>Durkin v. Engler</u> case, but a pretrial conference is scheduled for January 14, 2005, at 2:00 p.m. If the case settles at that time, undersigned counsel will immediately notify this court.

                                                                Matthew G. Conway

Subscribed and sworn to before me this _____ day of _____, 2004.

                                                                Notary Public/
                                          Commissioner of Superior Court
                                              My Commission expires:

**CERTIFICATION**

This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 16th day of December 2004 to the following pro se party:

Barbara R. Burns
980 Main Street
Hackensack, NJ 07601

_____
Matthew G. Conway