UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Barbara R. Burns | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO: 302CV 00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | December 17, 2004 |
|     Defendant | : | |

**DEFENDANT'S COMPLIANCE WITH
COURT'S DECEMBER 9, 2004, PRETRIAL ORDER**

Pursuant to the Court's (Chatigny, J.) Pretrial Order of December 9, 2004, at the telephonic pretrial conference, the defendant, David S. King, ("King"), hereby submits his revised list of witnesses and exhibits.

**1. List of Defendant's Witnesses**

a) Defendant's Witnesses:

1.  Dean David S. King
    Quinnipiac University School of Law
    275 Mount Caramel Avenue
    Hamden, CT 06518-1908

    This witness is expected to testify as to his dealings with the plaintiff since the time of her enrollment with the University, including the circumstances surrounding her visiting at other schools, the circumstances surrounding issuance of letters of good standing, the plaintiff's non-payment of tuition, the issue of ranking of students in relation to the overall class, issues regarding scholarships, as well as the responsibilities of his position, his authority under Dean Neil Cogan, and his discretion in interpreting University policy. The defense's questioning of this witness is expected to take 3 hours.

2.  Barbara Burns
    13684 Harmony Way
    Apple Valley, Minnesota

The plaintiff is expected to testify as to her allegations against the defendant and her alleged injuries. The defense's questioning of this witness is expected to take 3 hours.

3.  Ann Traverso
    Director of Financial Aid
    Quinnipiac University School of Law
    275 Mount Caramel Avenue
    Hamden, CT 06518-1908

This witness is expected to testify as to communication with the plaintiff relating to the claims in her complaint, the plaintiff's status as a student at the law school, financial aid issues involving the plaintiff, instructions from the plaintiff regarding cancellation of student aid, and law school policies and procedures relating to the handling of administration of student aid. The defense's questioning of this witness is expected to take 2 hours.

4.  Mary Ellen Durso
    Law School Registrar
    Quinnipiac University School of Law
    275 Mount Caramel Avenue
    Hamden, CT 06518-1908

This witness is expected to testify as to issues regarding class rank, the plaintiff's attendance and status at the Quinnipiac University School of Law, the plaintiff's nonpayment of tuition and the administration of the law school. The defense's questioning of this witness is expected to take 45 minutes.

5.  Valerie Carbone
    University Bursar
    Quinnipiac University School of Law
    275 Mount Caramel Avenue
    Hamden, CT 06518-1908

This witness is expected to testify as to the nonpayment by plaintiff of tuition amounts owed to Quinnipiac University School of Law and the schools policies regarding the same. The defense's questioning of this witness is expected to take 45 minutes.

## 2. Exhibits

| | Date | Description |
|---|---|---|
| 1. | 04/26/98 | Application for Financial Aid (1998-99) |
| 2. | 04/27/99 | Application for Financial Aid (98-99) |
| 3. | 05/03/99 | NSLDS Loan Detail & Summary/Lender History |
| 4. | 05/03/99 | Letter from Quin. to MET State re: FAT for plaintiff |
| 5. | 05/11/99 | Letter from Fin. Aid to plaintiff re: max. loan already taken, not eligible for additional amounts |
| 6. | 07/27/99 | Financial Aid Application (99/00) |
| 7. | 08/03/99 | Letter to plaintiff from King re: permission to visit based on changed circumstances |
| 8. | 08/09/99 | E-mail from plaintiff to Traverso re: crossover funds |
| 9. | 08/11/99 | Financial aid verification worksheets |
| 10. | 1999 | Class ranking summary indicating that plaintiff's GPA rank is 27 of 39 |
| 11. | 08/30/99 | E-mail from plaintiff to Cogan re: complaint about financial aid issues |
| 12. | 08/25/99 | E-mail from King to plaintiff re: unpaid balance/not in good standing |
| 13. | 08/25/99 | Consortium Agreement between Quin. & William & Mitchell |
| 14. | 08/31/99 | E-mail from Cogan to Plaintiff re: awaiting response from Traverso |
| 15. | 08/31/99 | E-mail from plaintiff to Cogan re: interpretation of "good standing" w/handwritten notes |

| 16. | 10/04/99 | Financial Aid Award & letter from Traverso to plaintiff re: disbursement |
| 17. | 10/12/99 | Financial Aid Transcript |
| 18. | 10/13/99 | Memo to file re: communications with Great Lakes |
| 19. | 11/10/99 | Letter from Zelanakas to Nelson re: loan check |
| 20. | 11/18/99 | E-mail from plaintiff to Traverso re: loan issues |
| 21. | 11/18/99 | E-mail from Traverso to plaintiff re: loan issues |
| 22. | 11/19/99 | E-mail from plaintiff to Bennett (cc: Traverso) canceling financial aid |
| 23. | 11/22/99 | E-mail from plaintiff to Traverso indicating other arrangements for financial aid |
| 24. | 11/23/99 | E-mail from Traverso to plaintiff re: cancellation of financial aid |
| 25. | 11/23/99 | E-mail from plaintiff to Traverso re: withholding of scholarship |
| 26. | 11/23/99 | E-mail from Traverso to plaintiff re: responsibility of bursar |
| 27 | 11/23/99 | E-mail from J. Nelson to plaintiff re: cancellation of aid |
| 28. | 12/13/99 | Letter from Bennett to plaintiff re: amount due/misdirected inquiry |
| 29. | 01/04/00 | Three Cogan letters re: good standing and tuition to Plaintiff |
| 30. | 01/04/00 | Cogan letter to University of Minnesota |
| 31. | 05/11/00 | Memo from King to Cogan re: summary of plaintiff's May 8 memo |
| 32. | 05/12/00 | Letter from King to Burns re: unpaid balance & revocation of scholarship |
| 33. | 05/24/00 | Letter from King to Sullivan re: no longer in good standing |
| 34. | 06/20/02 | Loan History (Barbara R. Burns) |
| 35. | 09/05/02 | Plaintiff's Official Transcript from Quinnipiac University |

DEFENDANT,
DAVID S. KING,


BY_____
Matthew G. Conway
Fed. No. ct09612
Conway & Stoughton, LLP
201 Ann Street
Hartford, CT 06103
(860) 525-5529
fax (860) 525-1191


## CERTIFICATION

This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 17th day of December 2004 to the following pro se party:

Barbara R. Burns
980 Main Street
Hackensack, NJ 07601


_____
Matthew G. Conway