FILED

2004 DEC 23 A 11: 38

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Barbara R. Burns : CIVIL ACTION
    Plaintiff :
 : NO: 302CV 00897(RNC)
V. :
 :
David S. King : December 22, 2004
    Defendant :

FILED
2004 DEC 28 A 10: 55
U.S. DISTRICT COURT
HARTFORD, CT.

**NOTICE OF WITHDRAWAL OF MOTION FOR CONTINUANCE**

The above case is scheduled to begin jury selection on January 11, 2005 with trial following thereafter. On December 16, 2004, the defendant moved for a continuance of the trial until March 8, 2005 because of trial conflicts for counsel. In that motion, it stated that counsel had a negotiation session on December 21, 2004 in the January product liability action referred to in the motion. The defendant now writes to advise the Court and the pro se plaintiff that after a full day negotiation session, the January product liability action settled last evening on December 21, 2004. Accordingly, the defendant hereby notifies the Court and other counsel that he is withdrawing his Motion for Continuance.

                                                DEFENDANT,
                                                DAVID S. KING,

                                                BY _____
                                                Matthew G. Conway
                                                Fed. No. ct09612
                                                Conway & Stoughton, LLP
                                                201 Ann Street
                                                Hartford, CT 06103
                                                (860) 525-5529
                                                fax (860) 525-1191

*[Left margin handwritten endorsement:]* December 28, 2004. Approved. Document 131 is hereby withdrawn. So ordered. /s/ Robert N. Chatigny, U.S.D.J.