## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Barbara R. Burns | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO:302CV00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | January 3, 2005 |
|     Defendant | : | |

## AFFIDAVIT OF MATTHEW G. CONWAY

I, Matthew G. Conway, being over the age of eighteen (18) years and believing in the obligation of an oath, hereby state as follows:

1. I am counsel to David S. King in the above matter.

2. On or about November 27, 2002, I mailed to the plaintiff the Defendant David King's Initial Disclosures.

3. Included along with the November 27, 2002, Disclosures were copies of all documents contained within the Plaintiff's Quinnipiac University Student File, Financial Aid File, Office of Academic Affairs File and a copy of Plaintiff's Quinnipiac University Transcript;

4. On November 29, 2002, I received an e-mail from the plaintiff in which she acknowledged receipt of Defendant David King's Initial Disclosures.

5. Copies of all thirty-five of the exhibits disclosed by the defendant in his Trial Compliance filing of December 24, 2004, were mailed to the plaintiff along with Defendant David King's Initial Disclosures on November 27, 2002.

                                                _____
                                                Matthew G. Conway

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2005.

                                                _____
                                                Notary Public/
                                                Commissioner of Superior Court
                                                My Commission expires: