**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Barbara R. Burns | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO:302CV00897(RNC) |
| V. | : | |
| | : | |
| David S. King | : | January 3, 2005 |
|     Defendant | : | |

**AFFIDAVIT OF MATTHEW G. CONWAY**

I, Matthew G. Conway, being over the age of eighteen (18) years and believing in the obligation of an oath, hereby state as follows:

1. I am counsel to David S. King in the above matter.

2. On June 10, 2003, I received a courtesy copy of an e-mail sent by Neil Cogan to Barbara Burns in which Cogan explains to Burns that her attempt to serve him with a subpoena was procedurally inadequate, and which describes the conditions under which Cogan would agree to submit to a deposition. (Copy Attached).

                                                                                                 _____
                                                                                                   Matthew G. Conway

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2005.

                                                                                     _____
                                                                                     Notary Public/
                                                                                     Commissioner of Superior Court
                                                                                     My Commission expires: