UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JAN -7 P 1: 34
U.S. DISTRICT COURT
HARTFORD, CT.

Barbara R. Burns,

    Plaintiff            Case No. 3-CV-000897 (RNC)

v.

David S. King,

    Defendant

### SUPPLEMENTAL AFFIDAVIT OF BARBARA R. BURNS

Barbara R. Burns, upon oath, deposes ands ays:

1. That I am the Plaintiff in the above-entitled matter.

2. That I make this affidavit in support of Plaintiff's First Motion in Limine.

3. That the documents appended hereto and as set forth with particularity infra are true and correct copies of documents filed by the Clerk of the Appellate Courts, St. Paul, Minnesota in the case entitled IN RE: The Matter of The Honorable La June Lange, Case No. C-4-96-596, consisting of Exhibit A, an Order of Dismissal Dated November 27, 1996 pursuant to the order of Associate Supreme Court Judge Lawrence Yetka, Appellate Judge Doris Ohlsen Huspeni, and Judge Steven R. Maxwell, and signed by Robert W. Johnson, Chairperson, Minnesota Board on Judicial Standards; Exhibit B, Lange Exhibit 2, a May 13, 1995 article by Randy Furst, Minneapolis Star-Tribune, entitled "Disorder in the Court; Judges are Squabbling"; Exhibit C, Lange Exhibit 25, a March 30, 1996 article by Rose Farley, The Twin Cities Reader, entitled "No Apology: The War of the Robes"; Exhibit D, a May 18, 1996 article by Gayle Anderson entitled "Religious Leaders

Express Concern Over Treatment of Judge Lange"; Exhibit E, Lange Exhibit 4, a May 3, 1996 letter by Hennepin County Court Judge La June Thomas Lange to Associate Supreme Court Justice Sandra Gardebring; and Exhibit F, a June 14, 1996 article by Rose Farley, The Twin Cities Reader, entitled "Poison in the Court".

4. That the above-referenced documents duly filed in Case No. C-4-96-596 were not available for inspection and copy by Plaintiff at the Office of the Appellate Courts at the time of the filing of Plaintiff's First Motion in Limine because they were stored off-site, necessitating this supplemental affidavit.

DATED: January 6, 2005            BY: *(signature)*

                                                Barbara R. Burns

Subscribed and sworn to before me.

DATED: 1-6-05            BY:

                                                NOTARY

*(Notary seal:)* JUDITH GRAEBER YUKEL, Notary Public, Minnesota, My Commission Expires Jan 31, 2005

CERTIFICATION OF MAILING

I hereby certify that on January 6, 2005, I placed in an envelope, postage prepaid, and addressed to Kevin Rowe, Clerk of Court, United States District Court, 450 Main Street, Hartford, CT 06103; and Matthew Conway, Conway and Stoughton, 201 Ann Street, Hartford, CT 06103 the Supplemental Affidavit of Barbara R. Burns, and that the same was by me deposited in a U.S. Postal Box at Edina, Hennepin County, MN.

DATED: January 6, 2005                    BY:     _____
                                                  Barbara R. Burns