

Exclusive

# POISON IN THE COURT

While swirled Hennep District LaJune boss, Ju Porter, the sha investiga allegatio outraged

*By Rose Farle*

*Lange*

Juvie shooter faces adult prison time
**Page 6**

Karma Zurkhang: Waiting for a revolution
**Page 8**

Tad Simons remains calm about *Vic/Vic*
**Page 20**

Case 3:02-cv-00897-RNC   Document 146-3   Filed 01/07/2005   Page 2 of 13
FROM : LAW OFFICES   612 333 8388   AUG. 12. 1996 9:22AM   P16
PHONE NO. : 612 333 8388

Chantal Akerman's
*D'Est* is no bloc party  *Page 17*

**Exclusive**

# DISON
# THE
# OURT

**While controversy swirled around Hennepin County District Court Judge LaJune Lange, her boss, Judge Charles Porter, was under the shadow of an investigation into allegations of outrageous conduct.**

*By Rose Farley and Jon Tevlin*

**Page 10**



*Lange*   *Porter*



| shooter adult on time | Karma Zurkhang: Waiting for a revolution | Tad Simons remains calm about *Vic/Vic* | Planet Janet orbits the Ass Ponys |
|---|---|---|---|
| ge 6 | **Page 8** | **Page 20** | **Page 22** |



FROM : LAW OFFICES    PHONE NO. : 612 333 8388    AUG. 12. 1996  9:23AM  P18

June 14 - 20, 1995



Judge LaJune Lange

Judge Charles Porter

Even as Hennepin County District Court Judge LaJune Lange was being criticized by her black-robed colleagues, her boss, Judge Charles Porter, was quietly being investigated on charges that he chronically engaged in outrageous and disruptive behavior in court offices. *By Rose Farley and Ian Tevlin* 1995 Copyright *Twin Cities Reader*



"Porter knows he has a problem with improving his own interpersonal relationships with people who appear before him and ..." — Craig Hently

In the wake of Hennepin County Chief Judge Kevin Burke's controversial May 24 decision to transfer Judge LaJune Lange out of juvenile court for her case and personnel management style, the *Twin Cities Reader* has learned that Lange's former juvenile court supervisor, Judge Charles A. Porter, has been accused of inappropriate and abusive behavior.

The charges against Lange pale in comparison to the ones against Porter, yet Lange has been publicly excoriated and professionally insulted, while no public action has been taken against Porter. A written complaint regarding Porter's behavior filed more than six months ago has been resolved quietly, with Porter reportedly ordered to undergo counseling.

In an interview Saturday, June 10, Susan Schempf said she had been a target of intimidation, unethical behavior and verbal abuse since she was assigned to Porter as a judicial clerk in 1986. Other sources confirm that Porter's behavior in the court offices and chambers include regular screaming, intimidation and unprofessional outbursts. On November 21, 1994, Schempf lodged a formal complaint against Porter in a letter addressed to Burke and copied to the Minnesota Board on Judicial Standards.

In her two-page complaint, Schempf accuses Porter of screaming at her on numerous occasions, including incidents in which Schempf was ordered to complete personal errands relating to Porter's reserve work for the U.S. Navy. The letter states that Porter's most recent outburst, a five-minute shouting tirade on November 15, 1994, inside the Juvenile Justice Center, was so loud that sheriff's deputies raced in to see what was happening and hearings in nearby courtrooms were momentarily halted.

In a letter dated November 29, 1994, the Board on Judicial Standards' executive secretary DePaul Willette confirmed that the board received Schempf's complaint and was investigating her allegations. Weeks later, Schempf received a letter from Porter, in which he apologized for his behavior and acknowledged that "there was absolutely no excuse for me to have verbally confronted you in the office or over the phone."

Schempf, who has been transferred twice since November, says she decided to make her complaint public because she has followed with disgust the ongoing cat fight between Burke, Porter, Lange and Supreme Court Chief Justice A.M. Sandy Keith. During the interview, Schempf agreed to be identified despite her stated fear of retaliation by Burke and Porter.

In addition to Schempf's revelations, interviews with court personnel and documents obtained by the *Reader* demonstrate that Burke's decision to transfer Lange to adult criminal court is questionable. At a time when Lange was supposedly the only juvenile court justice way behind in her computer work, sources say juvenile court was in disarray, with numerous judges behind in caseloads due to the implementation of a new computer system.

Although Burke and Porter vehemently defend the decision to transfer Lange, Porter's previously unreported conduct violations are ironic in light of Lange's contention that she is being singled out for punishment. Lange has alleged that her transfer is retribution not for being behind in computerization of cases, but for her handling of a juvenile court case involving Qubilah Shabazz's 10-year-old son.

After a month of heated finger-pointing and name-calling, Lange took the unprecedented step of publicly lambasting the conduct of Burke and Keith, two of Minnesota's most powerful judicial figures. At a May 30 press conference, Lange also announced that she had filed a complaint against Burke with the Board on Judicial Standards. Lange has also asked U.S. Attorney General Janet Reno to investigate U.S. Attorney David Lillehaug for misconduct in his prosecution of Shabazz, who was accused of plotting to kill Nation of Islam leader Louis Farrakhan.

Lange's office confirmed Tuesday that Reno has begun an investigation in response to Lange's request.

"There is a cancer growing on the judiciary in the State of Minnesota. The two most dreaded evils, abuse of power and cronyism, have invaded the halls of justice," Lange wrote in a public statement. "The institution that the citizens of Minnesota hold in high respect has been rendered impotent by the actions of Justice Keith, Kevin Burke and Charles Porter to further a personal agenda through the abuse of power, defamation and cronyism."

On Monday, June 12, Burke called Lange's allegations "an unequivocal lie" that is "so absurd it raises the question of stability." While he defended his decision to transfer Lange, he simultaneously has taken steps to control the flow of information surrounding the issue and has, on one

(continued)

TWIN CITIES READER

*(continued from previous page)*

occasion, attempted to intimidate those who question his court know that a poison has sickened the halls of justice, but few are willing to admit it.

S
um Schempf says she'll never forget May 12, 1866, the day she began working for Hennepin County District Court Judge Charles A. Porter. During the previous 13 years, she had steadily climbed the court's lower-level personnel ladder, working her way up the ranks of filing clerks before finally landing a job as Porter's judicial clerk.

Although she still was a minion alongside the attorneys, the job ranked among the top court positions that those without law degrees aspire to. Schempf says she still admires Porter's ability as a judge and appreciates his passion for the judicial system but, from that first day onward, Porter's temper has been a problem.

"The first time I worked with Porter he yelled at me in the courtroom. I said, 'Listen, I'm just trying to learn about this.' He's been that way since I first started," says Schempf, who equates her working environment to walking on eggshells. "You never know if your response is going to set him off. How you even look at him can some days set him off. You have to be careful."

In hindsight, Schempf says it's logical to wonder why she didn't complain about Porter's behavior sooner and she knows the motivation behind her decision to come forward now may be questioned. The prospect of bringing forth a complaint about a judge is frightening, especially for a single parent who depends upon her $30,000-a-year job to survive. Besides, Schempf says, she learned to adapt to Porter's personality.

"He, on a regular basis, would come into my office and

make comments that started out with, 'Not to be racist or not to be sexist,' and then he would go on to make sexist or racist comments," says Schempf. She says that over the years, Porter exhibited traits that not only showed a lack of decorum, but were intended to display his power over others.

"He has this little mirror in his center drawer, with these little scissors, and he'll sit there, while attorneys are trying to argue their cases, and trim his nose hairs," Schempf says. "He had a real power trip — even if you backed down just a little bit, he would pounce on you."

Dressed in a button-down shirt, black jeans and cowboy boots, Schempf explains how Tuesday, November 15, 1994, was the last day she would work for Porter. The day began with Schempf trying to locate a missing file — a problem that, although not uncommon in juvenile court, set off a string of shouting matches throughout the day.

At 8:30 a.m., Porter and Schempf were preparing for a hearing that was to take place that morning on the juvenile Justice Center's second floor. At the time they were unable to locate the file, Schempf was inside Porter's chambers. He began yelling Schempf remembers.

"He went off the deep end. It wasn't my fault that the file wasn't there — they weren't always there," Schempf says. "I couldn't find it. I went looking for the file.

An hour later, Schempf says she found herself in the position of trying to locate another misplaced file, this time a psychological evaluation completed by court psychologist Dr. James Alsdurf.

"Alsdurf came that morning for a hearing and Porter was screaming at the top of his lungs at me, 'Where's the psychological report? I don't have the report,' 'Porter] went ballistic again, screaming at the top of his lungs, throwing things around his office," Schempf says.

legal action unless the community newspaper printed a public apology for a story it published, which suggested that Burke may have attempted to obtain the *Shakers Spokesman*, Burke's attorney, Dennis Johnson, hinted at actions. In a May 22, 1995, letter to the *Minneapolis Spokesman*, Burke's attorney, Dennis Johnson, hinted at juvenile court records on behalf of Lillehaug.

Regardless of the ongoing and unproven theories surrounding the Shakers case, the dispute is creating unprecedented polarization within Hennepin County District Court, where the atmosphere increasingly is defined by fear and intimidation. In a nearly unprecedented move, more than a dozen judges in recent weeks signed letters or memos expressing their unwavering support for Burke, who controls assignments on the 4th District bench and is the chairman of the Minnesota Conference of Chief Judges. African-American community activists and spokespeople, meanwhile, have supported Judge Lange, who is black, even going so far as to stage a rally on her behalf on May 30.

In the meantime, attorneys, clerks and court reporters work in an uneasy environment where most are afraid to speak for the record in fear of being transferred or fired, particularly Schempf. "I think I'm going to be called into Burke's office and I'm going to be severely reprimanded," says Schempf, who has worked for Hennepin County District Court since 1973. "I think they are going to do something with my job."

"Despite her fear, Schempf decided to discuss Porter's conduct, she says, because "everything that has happened goes against my principles. He, meaning Porter, needs to stop abusing people. It's something that needs to come out."

Like a dysfunctional alcoholic family, everyone in the

## "If [Judge LaJune Lange] had come here and done the work and treated the people properly, she would have been an asset to the court. But she didn't and she wasn't." — Judge Charles Porter

"At this point he lost all control, his face turned red and his fists were clenched, he screamed, 'It is part of your job to do my personal Navy business, and if you refuse to do it then get the hell out of the way so that someone who is willing to do their job can,'" Schempf wrote in her complaint.

At that point, Schempf says, she left her office and began walking down the hallway, with Porter in pursuit, yelling at her. "I went into the hallway and yelled back at him. The deputies came into the hallway because they thought there was an incident. Referee [Milton] Dunham had to stop his hearing because of it. People in the courtroom heard it," Schempf says. "I told him, 'don't you dare scream at me again. I had these papers in my hands, I ended up just kind of tossing to Porter's Navy-related work.

For the rest of the morning and early afternoon, Schempf says there was an eerie silence about Porter. At one point, Schempf says, Porter even tried to apologize for his behavior by explaining that he was upset because his house had died. But the calm was shattered around 2 p.m., when Porter approached Schempf and began yelling at her, complaining that files were missing, and saying she was too far behind on logging cases into the TCIS computer system.

In the complaint filed with the Board on Judicial Standards, Schempf wrote that Porter flew off the handle after she suggested that the reason she was behind in her computer work was because she was spending too much time attending them up and running out."

The day after Porter's outbursts, Schempf says she met with Burke in his chambers and requested a transfer. Although Burke was very sympathetic to her complaint and promised that he would help her find another job, Schempf says he criticized her for sending the complaint to the Board on Judicial Standards. "Burke says to me, 'Why did you have to copy the board on this?'" says Schempf, who replied, "Because this has to be stopped."

Critics of court cronyism say this is one example of the good old boys' defending each other.

Schempf was transferred down to the first floor of the juvenile justice Center and promised a job of equal status. Instead, she discovered that her position would be routine computer updating — an assignment she felt was a demotion. She later asked for, and was granted, another transfer. She worked there consecutively until last month, when Hennepin County Court Administrator Mark Thompson suggested the move to a position under one of Burke's former clerks. When she protested to Burke, he responded, "I don't owe you anything," she says.

Burke, interviewed Monday, agrees Schempf deserves a comparable job, but denies that he reneged on a promise. Porter says he was "sorry that her tenure with me didn't end up with her getting a better job."

On June 12, sitting in his office filled with equestrian bric-a-brac and pictures of his horses, Porter props his feet on his desk and rails about Judge Lange. He says the major reason she was removed from juvenile court was her bad attitude. He says she frequently was rude to court staff and was detached from her colleagues. "The major reason [for

(continued on next page)

FROM : LAW OFFICES    PHONE NO. : 612 333 8388    AUG. 12 1996 9:28AM P23



### MIND at HUNGRY MIND READINGS

**WEDNESDAY, JUNE 14**
**RUSSELL BANKS**
*Rule of the Bone* (HarperCollins, $22)

**FRIDAY, JUNE 16**
**MICHAEL CHABON**
*Wonder Boys* (Villard, $23)

**MONDAY, JUNE 19**
**STEPHEN DIXON**
*Interstate* (Henry Holt, $25)

**TUESDAY, JUNE 20**
**RICHARD FORD**
*Independence Day* (Knopf, $24)

**WEDNESDAY, JUNE 21**
**REYNOLDS PRICE**
*The Promise of Rest* (Scribner's, $24)

**THURSDAY, JUNE 22**
**DAVID SEDARIS**
*Barrel Fever* (Back Bay Books, $9.95)




Register Now!
Start Accepting Credit Cards Today!
1-800-...

the transfer] was that she had really poisoned the place other judges — specifically Porter's predecessor, Judge Phil Bush — were much further behind than Lange. In response to a written request for those records, however, juvenile court administrator Susan Bownes replied that no records tracking juvenile court caseloads prior to November 1994 are available.

Conversely, Porter's tantrums have landed him under the gavel before. He is one of only 18 Minnesota judges to be publicly reprimanded by the highly secretive Board on Judicial Standards since it was created to monitor judicial conduct in 1971. According to Schempf, Porter also has been privately reprimanded before. Hennepin County District Court Judges Bruce Hartigan, Sean Rice and Thomas Wexler have also been publicly reprimanded and all are still sitting on the bench. (Lange never has received a public reprimand.)

The board has received an increasing amount of complaints yearly, the results of which are rarely made public. Of the 158 written complaints received in

the transfer] was that she had really poisoned the place around her," he says. "If she had come here and done the work and treated the people properly, she would have been an asset to the court. But she didn't and she wasn't."

When asked about Schempf's complaint that his own behavior had poisoned the court, Porter declined to discuss it on the record. But he acknowledged having a confrontation with Schempf that created a disturbance in the building. "There was some shouting going on and other people heard it." Porter says the type of behavior he displayed is "not unheard of, but it's not typical."

Asked whether it's true that he's been ordered to undergo anger counseling, Porter stiffens and says, "That's none of your business."

Furthermore, Porter doesn't see inconsistency in the way his personality problems were handled and the way Lange's were handled. He sees his behavior as sporadic, while Lange's is ongoing.

Burke says he has discussed Porter's temper with him

> Judge Porter "lost all control, his face turned red and his fists were clenched, and he screamed, 'It is part of your job to do my personal Navy business and if you refuse to do it then get the hell out of the way so that someone who is willing to do their job can.'" — Susan Schempf

FROM : LAW OFFICES    PHONE NO. : 612 333 8388    AUG. 12. 1996  9:29AM  P24

*(continued from previous page)*

the [transfer] was that she had really poisoned the place around her," he says. "If she had come here and done the work and treated the people properly, she would have been an asset to the court. But she didn't and she wasn't."

When asked about Schempf's complaint that his own behavior had poisoned the court, Porter declined to discuss it on the record. But he acknowledged having a confrontation with Schempf that created a disturbance in the building. "There was some shouting going on and other people heard it." Porter says the type of behavior he displayed is "not unheard of, but it's not typical."

Asked whether it's true that he's been ordered to undergo anger counseling, Porter sniffers and says, "That's none of your business."

Furthermore, Porter doesn't see inconsistency in the way his personality problems were handled and the way Lange's were handled. He sees his behavior as sporadic, while Lange's is ongoing.

Burke says he has discussed Porter's temper with him

the documents are misleading and suggested that the caseloads prior to November 1994 would reveal that other judges — specifically Porter's predecessor, Judge Phil Bush — were much further behind than Lange. In response to a written request for those records, however, juvenile court administrator Susan Bownes replied that no records tracking juvenile court caseloads prior to November 1994 are available.

Conversely, Porter's tantrums have landed him under the gavel before. He is one of only 18 Minnesota judges to be publicly reprimanded by the highly secretive Board on Judicial Standards since it was created to monitor judicial conduct in 1971. According to Schempf, Porter also has been privately reprimanded before. Hennepin County District Court judges Bruce Hartigan, Sean Rice and Thomas Wexler have also been publicly reprimanded and all are still sitting on the bench. (Lange never has received a public reprimand).

The board has received an increasing amount of complaints yearly, the results of which are rarely made public. Of the 158 written complaints received in

Make Your Cash Register Ring!
Start Accepting Credit Cards Today
1-800-079-6677
MIND READINGS
AT HUNGRY MIND

Everyone who spends any time in the Hennepin County Government Center knows the court is divided over race, sex and what some see as favoritism. Fears of retaliation commingle with theories of coverups and secret plots reaching throughout the system. Numerous court personnel said they were afraid to talk about the atmosphere at work.

Hennepin County Court Administrator Mark Thompson, who manages the largest court in the state, says the controversy creates a sense of paranoia among his staff.

"When people say, 'Have you seen the paper?' and I'm trying to figure out a $27 million budget that's due next month, I could be doing something else," says Thompson, who succeeded Jack Provo on May 1. "People are worried about what's confidential and what can be said. People are worried about what their perception in the public is going to be like. My senior management worries about these things. Where private corporations settle these things in the boardroom, we settle them in the newspaper."

Burke says he agrees that personality conflicts are disrupting the court — particularly juvenile court, which is struggling under the demands of unprecedented and increasing caseloads. Even though he acknowledges Porter's behavior problems, however, Burke is quick to blame the disruption on Lange, whom he says privately has agreed that she has problems with case management.

Lange declined to be interviewed for this story on advice of her attorney, but in a statement issued this month she defended her work in juvenile court and with the court system as a whole. "I have worked throughout my career to improve the administration of justice. The abuses which affect the confidence which the public has in the court system must be eliminated," Lange wrote in the one-page statement. "My forced departure will not stop the public from demanding answers to the questions I have raised."

Outside the halls of justice, Lange's transfer and her response have also polarized the court from the community. Burke and Porter say recent events in the court are not a result of racism or sexism. "Judge Lange's attempt to portray this as a race issue has done incredible damage to the institution," Burke says.

But some in the community can't help but see Lange's treatment that way. "Members of the court have something to fear with relationships and are cannibalizing the opportunity to show support for their friend, instead of standing up for what's supposed to be the purpose of the court, which is fairness," says Jesse Overton, former head of the National Association for the Advancement of Colored People's St. Paul chapter, who served on the state board of public defense with Burke. "If we're going to have a public discussion about this whole situation, then the facts should be on the table — not the innuendo. We don't resolve things like that in Minnesota. Thank god I don't believe that all non-African-American Minnesotans are like Judge Burke and Keith. Fortunately, their attitudes are in the minori-

Things will be especially tense for Schempf, who began a new job Monday, June 12, in the Hennepin County Arbitration office. As a means of protecting herself, Schempf says she took the unusual step of asking her new boss whether she was pressured to make the new hire; she was told she wasn't. Although the question may seem ridiculous to those who are unfamiliar with the political environs of the court's bureaucracy, Schempf says her concerns are real. Her experience with Porter, Burke and the Board on Judicial Standards, she says, is just the sort of "cronyism" Lange has been referring to for weeks.

Now, Schempf says, she is returning to work with apprehension, only able to wonder just what her reception will be. "You go back to work and see all these people come up to you. They either snub you or pat you on the back," she says. "I don't want either one." ◆

Saturday/May 13/1995/Star Tribune

# Judge/Dispute causing disarray within county courts

Continued from page 1A

"It's nice to have your best friend as the chief justice," she said.

The dispute appears to have caused some disarray within county courts, as well.

Frances Moore, a public defender, said there was a "horrible tension" Friday in the Juvenile Court. "The murmuring is that something is happening and no one knows what it is," she said. In her experience with juvenile cases, she said, it was untrue that Lange's computer records were not up-to-date, as alleged by Burke.

At the heart of the commotion is a letter Lange wrote to Keith on May 3, with copies to the other justices, criticizing Burke and others. The Star Tribune obtained a copy Thursday.

Burke said Friday that Lange's letter "was a diversion from the issue that Judge Lange needs to perform her work in Juvenile Court."

"I categorically deny yelling at her," he said. "I admit I raised my voice, and I admit I was frustrated with



Kevin Burke says that Lange's letter is a diversion.



LaJune Lange sent a letter to every Supreme Court member.



A.M. (Sandy) Keith tried to mediate the dispute.



Charles Porter was frustrated about failure to update records.

Burke also said he regrets that the news media found out about the internal court dispute. "This is an embarrassment to the institution," he said. "I will make sure that this institution will act effectively."

But the institution took more hits Friday. The Minnesota chapter of the National Conference of Black Lawyers demanded that the Supreme Court "take strong action against Judge Burke for his outrageous and assaultive behavior against a highly respected African-American jurist."

In an interview Friday, Lange said she and her staff members, who are also black, have encountered "a lot of hostility and lack of cooperation." She also said, "Judge Burke has had great difficulty over the years dealing with women judges."

Told of that remark, Burke replied, "That's totally false. That illustrates Judge Lange's attempt to divert attention from the fundamental issue, which is her failure to do the job." He also said he does not believe there is racial hostility within the court.

Another judge mentioned in Lange's letter also expressed dismay that it had reached the news media. "I think this is detracting from our ability to do our jobs," said Judge Patricia Belois. "I am saddened by the discussion."

In her letter, Lange said that Burke and Charles Porter, presiding judge of Juvenile Court, came into her office unannounced and without invitation. "Judge Burke placed himself against the only exit door to my office and started yelling and shaking his finger at me," she wrote.

Lange called Burke's behavior "improper and discourteous."

In an interview, Porter said that they did not enter uninvited. He said that "there was one short period of time" when Burke "slightly raised his voice", but that Lange's contention that Burke yelled at her "was a gross exaggeration, and certainly we did not accost her in the office."

He said that the meeting was prompted by a growing frustration at Lange and her staff members for failing to update records, and that despite meetings with her, she is now nearly 200 cases behind.

Porter said, "My frustration got to the point that I told him [Burke] it would be her leaving or me leaving, that I couldn't run the court in the way he was asking me to do it — effectively or efficiently in a sense of shared purpose, without her cooperation and her interest."

Lange also said in her letter that she was aware that Judge Belois had been "yelling at law clerks and attorneys, some leaving her courtroom in tears." Lange also wrote that she saw Susan Bownes, the Juvenile Court manager, yelling at Porter and that Lange's staff members had been rudely treated and yelled at by Bownes.

"How can I protect my staff from a hostile workplace environment when I am subject to abuse from the chief judge?" she wrote.

Burke, Bownes, Porter and Belois issued emphatic denials. Of the allegation that Bownes yelled at Porter, Porter said, "That is absolutely false. I categorically deny that, and I would have been a witness." Said Belois: "I am completely unaware of any lawyer or law clerk who left my courtroom in tears. I believe I would have noticed that."

Burke said that Porter has a national reputation for efficient management of the court calendar and that several months ago Porter told him about problems concerning Lange's computer records.

Burke said he also questioned Lange about a note she left recently that implied she was attending a local meeting when she was at a conference in Tennessee, even though she had used up all her vacation leave and quasi-judicial time. He also raised concerns that she allowed three staff members to be gone the same week, which required outside personnel to enter her records in the computer.

Lange said Friday that only 30 current cases were not filed in the computer, which was similar to other judges' numbers, and that the meeting in Tennessee was an authorized court category and official judicial business. As for having three staff members gone the same week, she said, "That is a baldfaced lie.