AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
1-14-2005
Kevin F. Rowe, Clerk
By L. Kunofsky
Deputy Clerk

Barbara Burns

V.

David King

**Pltff's WITNESS LIST**

Case Number: 3:02CV897(RNC)

| PRESIDING JUDGE Chatigny | PLAINTIFF'S ATTORNEY Barbara Burns (pro se) | DEFENDANT'S ATTORNEY Matthew Conway |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER D. Warner | COURTROOM DEPUTY L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-12-05 | | | David King, Woodbridge, CT |
| 2 | | " | | | Ann Traverso, Hamden, CT |
| 3 | | 1-14-05 | | | Barbara Burns, Minnesota & New Jersey |