AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
1-14-2005
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

Barbara Burns

V.

David King

**Pltff's EXHIBIT LIST**

Case Number: 3:02CV897(RNC)

| PRESIDING JUDGE Chatigny | PLAINTIFF'S ATTORNEY Barbara Burns (pro se) | DEFENDANT'S ATTORNEY Matthew Conway |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER D. Warner | COURTROOM DEPUTY L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-12-05 | ✓ | | Letter from Ford to Admissions at UCONN |
| 2 | | | | | |
| 3 | | 1-12-05 | ✓ | | Memo from Long to Academic Dean dtd 8-27-99 |
| 4 | | 1-12-05 | | ✓ | Letter from King to Sullivan dtd 8-3-99 |
| 5 | | " | ✓ | | Letter from Phyllis Andreas |
| 6 | | " | ✓ | | Letter from Cogan to whom it may concern dtd 1-4-00 |
| 7 | | " | | ✓ | Cover fax and letter from King to Sullivan dtd 5-24-00 |
| 8 | | " | | ✓ | Letter from Cogan to Sullivan dtd 1-4-00 |
| 9 | | | | | |
| 10 | | 1-12-05 | ✓ | | Letter from Besikof to whom it may concern |
| 11 | | | | | |
| 12 | | 1-12-05 | | ✓ | School transcript dtd 12-22-99 (1 page) |
| 13 | | 1-14-05 | | ✓ | Letter from Cogan to whom it may concern dtd 1-4-00 |
| 14 | | " | ✓ | | Letter 5-11-01 from Burns to Quinnipiac |