%AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
District of Connecticut
FILED AT HARTFORD

1-14-2005

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

DISTRICT OF ___CONNECTICUT___

Barbara Burns

V.

David King

**Defendant's** ~~_____~~ **WITNESS LIST**

Case Number:    3:02CV897(RNC)

| PRESIDING JUDGE Chatigny | PLAINTIFF'S ATTORNEY Barbara Burns (pro se) | DEFENDANT'S ATTORNEY Matthew Conway |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER D. Warner | COURTROOM DEPUTY L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-14-05 | | | Valerie Carbone, Hamden, Ct |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |