UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA R. BURNS : | |
| : | |
| v. : | CASE NO. 3:02CV897 (RNC) |
| : | |
| DAVID S. KING : | |

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Robert N. Chatigny, United States District Judge presiding, and

The plaintiff having rested, the court having granted defendant's motion for judgment as a matter of law, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 18th day of January 2005.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____