UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

TEL. NO. 240-3200
(AREA CODE 860)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

FILED
2005 JAN 20 A 10:54
U.S. DISTRICT COURT
HARTFORD, CT.

January 18, 2005

Matthew G. Conway
Conway & Stoughton
201 Ann St.
Hartford, CT 06103

   Re: Case Name: Burns v. King
     Number: 3:02CV897(RNC)

Dear Attorney Conway:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

   Defendant's Exhibits 16, 23, 32, 35, 36, 37, and 38

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY: _____
        Linda I. Kunofsky
        Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 1/19/05
Matthew G. Conway