**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

January 18, 2005

Barbara R. Burns
980 Main Street
Hackensack, NJ 07601

Re: Case Name: Burns v. King
    Number: 3:02CV897(RNC)

Dear Ms. Burns:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

> Plaintiff's full exhibits 4, 7, 12, and 13;
> Plaintiff's identified exhibit 14

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
   Linda I. Kunofsky
   Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____