February 12, 2005

RECEIVED
MAR 2005
.C. DISTRICT COURT
HARTFORD, CONN.

Kevin F. Rowe
Clerk, U.S. District Court
450 Main Street
Hartford, CT 06103

RE: Case No. 03-CV-897 (RNC) – *Burns v. King*

Dear Mr. Rowe:

 I am herewith returning the following original Plaintiff's Exhibits 4, 12, 13 and 14, which I believe were returned in error by the trial judge's office. My understanding is that FRAP 10 (a) requires that the <u>original</u> Exhibits constitute part of the official court record and must be maintained by the Clerk of the Court.

 Please provide me confirmation of receipt and re-filing of the above-referenced Exhibits. Please also provide me with a certified copy of the case docket, and note my request for transcript preparation. As noted, it is my intent to file a motion for waiver of appellate filing fees and costs, including transcript costs, in the appellate court within 30 days.

 Thank you for your attention to this information.

Sincerely,

Barbara R. Burns

cc: File No. 03-CV-897 (RNC)
cc: Darlene Warner, Court Reporter



QUINNIPIAC COLLEGE
SCHOOL OF LAW

Office of the Associate Dean

August 3, 1999

Dean Thomas Sullivan
University of Minnesota School of Law
290 Law Center
229 19th Ave.
Minneapolis, MN 554455

Via fax: 612-626-1874

Re: Barbara Burns

Dear Dean Sullivan:

Barbara Burns is a student in good standing at this law school. She has permission to visit at the University of Minnesota School of Law for the fall term, 1999. If your curriculum permits, she should enroll in Criminal Law, Property and Evidence. Including those courses, we will accept a total of 16 credits for transfer, provided the grade in the course to be transferred is at least a C or its equivalent.

If you require any additional information, please contact me.

Sincerely,

David S. King
Associate Dean

DSK/pia

cc:   M. Durso
E. Morin
Fin. Aid
Student's File
Barbara Burns

PLAINTIFF'S
EXHIBIT
1-13-05
CASE
NO. 3:02CV897
EXHIBIT
NO.   4

# QUINNIPIAC COLLEGE
### SCHOOL OF LAW
HAMDEN, CT 06518

OFFICE OF THE REGISTRAR

12/22/99                           Law                              Page 1

Ms. Barbara R. Burns                              ID Number: 0397901
980 Main Street                                   Major: Juris Doctor
Hackensack NJ 07601

| Course | | Title | Grd | R | Hrs Att | Hrs Cmpt | Hrs Calc | Grade Points |
|--------|---|-------|-----|---|---------|----------|----------|--------------|
| | | Spring - Law '99 | | | | | | |
| LAWS | 103 | Contracts I | C | | 2.00 | 2.00 | 2.00 | 4.00 |
| LAWS | 101 | Civil Procedure I | C+ | | 2.00 | 2.00 | 2.00 | 4.66 |
| LAWS | 107 | Torts | B- | | 4.00 | 4.00 | 4.00 | 10.68 |
| LAWS | 111 | Legal Skills I | B- | | 2.00 | 2.00 | 2.00 | 5.34 |

                99/LS   Totals: 10.00  10.00  10.00  24.68 GPA = 2.47
                Cumulative Totals: 10.00  10.00  10.00  24.68 GPA = 2.47

| | | Summer - Law '99 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LAWS | 102 | Civil Procedure II | C+ | | 3.00 | 3.00 | 3.00 | 6.99 |
| LAWS | 104 | Contracts II | C | | 4.00 | 4.00 | 4.00 | 8.00 |
| | | Entrepeneurship La | | | 3.00 | 3.00 | 0.00 | 0.00 |
| | | UNIVERSITY OF MINNESOTA | | | | | | |
| | | SCHOOL OF LAW | | | | | | |

                99/LU   Totals: 10.00  10.00   7.00  14.99 GPA = 2.14
                Cumulative Totals: 20.00  20.00  17.00  39.67 GPA = 2.33

                     End of Transcript



_Mary Ellen Dures_
REGISTRAR

DEC   1999

THIS RECORD IS NOT AN OFFICIAL TRANSCRIPT
UNLESS IT BEARS THE UNIVERSITY SEAL IN RED
AND REGISTRAR'S SIGNATURE IN BLACK

PLAINTIFF'S
EXHIBIT
1-12-05
CASE
NO. 302CV897
EXHIBIT
NO. 12



# QUINNIPIAC COLLEGE
## SCHOOL OF LAW

Office of the Dean

January 4, 2000

To Whom It May Concern:

By this letter, I am certifying that Barbara Burns is a student in good standing and eligible to take up to 11 course credits at another law school for credit toward a degree at Quinnipiac College School of Law, subject to achieving a grade of C or better at such other law school. I am certifying further that, in the alternative, she may register for the Spring 2000 semester at Quinnipiac College School of Law.

Credit for courses attended at Quinnipiac College School of Law or any other school of law are subject to a condition contained in a separate letter of this date.

Sincerely yours,

Neil H. Cogan

PLAINTIFF'S
EXHIBIT
1-14-05
CASE
NO. 3.02CV897
EXHIBIT
NO. 13

275 Mount Carmel Avenue, Hamden, CT 06518-1950     Tel. 203-287-3200     Fax 203-287-3209

BARBARA R. BURNS, CPCU

RECEIVED

MAY 1 6 2001

FINANCIAL AID

May 11, 2001

Quinnipiac University
275 Mt. Carmel Avenue
Hamden, CT   06518-1908

**RE: Statement of Account Dated April 19, 2001**

Dear Sir or Madam:

I have disputed the validity of the above-referenced statement. I will not pay charges which have been validly, timely, and legally disputed, and which I am not required to pay.

Sincerely,

*Barbara R. Burns*

Barbara R. Burns

PLAINTIFF'S EXHIBIT
IN 1-14-05
CASE NO. 3:02CV897
EXHIBIT NO. 14

980 MAIN STREET • HACKENSACK, NJ • 07601
PHONE: 201-488-5720