UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Barbara R. Burns,

    Plaintiff                 CIVIL ACTION

v.

David S. King,

    Defendant             CASE NO. 03-CV-897 (RNC)

PLAINTIFF'S OBJECTION TO DEFENDANT'S OPPOSING MEMORANDUM

Plaintiff objects to Defendant's opposing memorandum, filed and served upon Plaintiff on February 24, 2005 on the basis that the memorandum is untimely and the district court is without jurisdiction to proceed. Jurisdiction is presently vested in the Second Circuit Court of Appeals.

DATED: March 3, 2005                  BY: _____
                                                              Barbara R. Burns

CERTIFICATION OF MAILING

I hereby certify that on March 3, 2005, I filed the above Objection with the Clerk of the United States District Court, 450 Main Street, Hartford, CT 06103; and that I contemporaneously served a copy of the same upon Matthew G. Conway, 201 Ann Street, Hartford, CT 06103.

DATED: March 3, 2005                  BY: _____
                                                              Barbara R. Burns