# Conway & Stoughton, LLP
### ATTORNEYS AT LAW
201 ANN STREET
HARTFORD, CONNECTICUT 06103
(860) 525-5529
FAX (860) 525-1191

SEAN M. NOURIE

snourie@conwaystoughton.com

May 11, 2005

Clerk
United States District Court
District of Hartford
450 Main Street
Hartford, CT 06103

Re:  Burns v. King

Dear Clerk:

    Pursuant to Local Rules of Civil Procedure 83.6(d), the defendant, David S. King, hereby files his exhibits designated as part of the record on appeal. The plaintiff has filed her exhibits separately. It is my understanding that the enclosed exhibits are to be forwarded by the District Court to the Clerk of the Court of Appeals.

    Thank you for your attention to this matter.

                         Very Truly Yours,
                         Conway & Stoughton, LLP

                         Sean Nourie

Cc:  Barbara R. Burns

# CONWAY & STOUGHTON, LLP
ATTORNEYS AT LAW
201 ANN STREET
HARTFORD, CONNECTICUT 06103
(860) 525-5529
FAX (860) 525-1191

SEAN M. NOURIE

snourie@conwaystoughton.com

RECEIVED
MAY 1 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

RECEIVED
MAY 1 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

May 11, 2005

Clerk
United States District Court
District of Hartford
450 Main Street
Hartford, CT 06103

    Re:    Burns v. King

Dear Clerk:

    Pursuant to Local Rules of Civil Procedure 83.6(d), the defendant, David S. King, hereby files his exhibits designated as part of the record on appeal. The plaintiff has filed her exhibits separately. It is my understanding that the enclosed exhibits are to be forwarded by the District Court to the Clerk of the Court of Appeals.

    Thank you for your attention to this matter.

                            Very Truly Yours,
                            Conway & Stoughton, LLP

                            Sean Nourie

Cc:    Barbara R. Burns

DEFENDANT'S EXHIBIT
1-12-05
CASE NO. 3:02cv897
EXHIBIT NO. 16

# QUINNIPIAC COLLEGE
## SCHOOL OF LAW

Office of Financial Aid

October 4, 1999

Ms. Barbara Burns
980 Main Street
Hackensack, NJ 07601

Dear Ms. Burns:

Enclosed please find the following:

1. Your 1999-00 Financial Aid Award Letter and Policies and Procedures Concerning Financial Aid Awards.
2. The borrower copy of the loan application that was mailed to Firstar Bank on 9/30/99.
3. A statement of account from the Bursar's Office with a balance due of $3065.00 from the summer session.

If you wish to accept your financial aid award, please sign one copy and return to the Financial Aid Office. If you do not wish to receive financial aid this year, please contact us as soon as possible so that we may cancel your student loan application.

Your Stafford Loan checks will be disbursed in two disbursements (fall and spring) and will be co-payable to you and Quinnipiac Law School. Since you are visiting another law school, the Bursar will forward the checks to you when we receive them for you to endorse and return to Quinnipiac Law School. The Bursar will then take out $3065.00 to cover your summer tuition balance and forward the difference to William Mitchell College of Law for your fall tuition. You will then be responsible for any tuition due for the fall semester to William Mitchell College of Law.

It is my understanding that you are not at the above address and it would save time if you could forward your current address to us.

If you have any questions concerning the above procedures, please do not hesitate to contact me at 203-287-3406.

Sincerely,

Anne Traverso
Director of Financial Aid
School of Law

Cc: Dean Cogan
    Dean David King
    John Bennett, Provost

# QUINNIPIAC COLLEGE SCHOOL OF LAW
## POLICIES AND PROCEDURES CONCERNING FINANCIAL AID AWARDS
## 1999/2000

Enclosed is your financial aid Award Letter for the 1999/2000 academic year. It contains information regarding the types of financial aid for which you are eligible, the amount awarded from each of the programs, and a breakdown of the amounts for Fall (LF), Spring (LS), and Summer (LU), if applicable. Please read carefully and then sign and return one copy of your Award Letter indicating your acceptance or rejection of the aid.

The information below will provide you with more specific information regarding your award. Be aware that if you drop below half-time (six credits) at any time, you are no longer considered "eligible" for financial aid. In addition, if you receive any funding from an outside source, change your enrollment status, or modify your living arrangements during the 1999/2000 academic year, your financial aid award may be adjusted.

### STUDENT LOANS

#### *Federal Stafford Loans (Subsidized and Unsubsidized)* -

You can determine the amount that you are eligible for by adding the amounts suggested for your Subsidized and/or Unsubsidized Federal Stafford Loan. Depending on your need, you may be eligible to borrow a maximum Subsidized Stafford Loan of $8,500 and a maximum Unsubsidized Stafford Loan of $10,000. If you are ineligible for a full Subsidized Stafford Loan, you may borrow a maximum of $18,500 from the Unsubsidized Stafford or a combination of both loan programs. In addition, the amount of the loan will be less than the amount awarded as a result of the origination fees and insurance premiums (up to 4%) that may be assessed.

The federal government will pay the interest on the subsidized portion of your Stafford Loan during in-school, grace and deferment periods. You are responsible for paying the interest that accrues on the Unsubsidized Stafford Loan during in-school, grace and deferment periods. However, interest can be deferred and capitalized at repayment, depending on the borrowers' response to choices given on the application. Repayment of Federal Stafford Loans begins following a six-month grace period after you leave school or drop to less than half-time status.

The Financial Aid Office will certify your Federal Stafford Loans electronically if you choose to borrow through one of our preferred lenders. *Please review carefully the "Instructions for Selecting a Lender" included with your award letter.*

The Federal Stafford Loan(s) will be credited to your account in two disbursements. The loan disbursements will occur up to approximately ten days before the start of each semester for which you are enrolled, provided the student meets the award and enrollment conditions of their financial aid award. Students will not receive a credit towards their student account until the Bursar receives the funds. Students have the right to cancel any portion or the entire loan at anytime. If you wish to take this action, please contact the QCSL Financial Aid Office.

The School of Law participates in the Electronic Funds Transfer (EFT) process. Therefore, your Stafford loan funds will be deposited directly into your student account by the Bursar's Office. Once this has been completed, the Bursar's Office will send you written notification that the funds have been applied to your account. Students whose funds are not transmitted via EFT will need to go to the Bursar's Office to endorse their loan checks. In both cases, the Bursar's Office will process a refund to you within 10 days if there is a credit remaining on your account.

<u>New students who receive Federal Stafford Loans must complete an Entrance Interview during 1L Orientation or during the first week of the students' entering semester. You will not receive a credit on your account for the Federal Stafford Loans until an Entrance Interview is completed.</u>

*Private Alternative Loans* –

The Financial Aid Office has processed your private loan, however alternative loans are non-need, credit-based loans and the lending agency has the sole discretion to approve or deny the loan request. All applicants must be credit worthy to be eligible. If the applicant fails to satisfy the lenders credit criteria, the student will not receive the funds. The lender will contact you directly with the status of your loan request. In addition, the maximum annual limit for an alternative loan must not exceed a student's cost of attendance minus any other aid received.

If you are eligible, private loan checks are mailed directly to the Bursar's Office and are disbursed in two installments. The College will receive your disbursements approximately 10 days before the beginning of each semester. Students will not receive a credit towards their tuition charges until the Bursar receives the check. Each semester, once the tuition and fees are paid in full, the Bursar will release the proceeds of the private loan to the student for books, living expenses, and other educational costs.

Since financial aid funds are generally not available until after classes begin each semester, students should plan to meet initial expenses for books, food, deposits, and rent with his or her own resources.

## ACADEMIC LAW SCHOLARSHIPS AND GRANTS

*Renewable Law Scholarships and Grants* –

These scholarships are renewed annually contingent upon the student meeting the criteria specified in his/her original Award Letter received as an incoming first year law student.

*Non-Renewable Law Scholarships* –

These scholarships are one-year awards based on a combination of academic merit and financial need. All returning students who apply for financial aid will be considered for a Non-Renewable Scholarship based upon the availability of funds. The selection criteria and the amount of the awards will be determined annually based on the Law School's scholarship budget and the students' financial need.

*IOLTA Scholarships* –

These awards are based on a combination of academic merit and financial need. The funds are awarded annually in accordance with the Connecticut Bar Foundation's Guidelines for Law School Scholarships. The selection criteria, number of recipients, and the award amounts vary annually.

## STUDENT EMPLOYMENT

*Federal Work Study* –

The Federal Work-Study (FWS) Program is a federally funded program administered by the QCSL Financial Aid Office. The funds are generally awarded in the summer for students who are employed in non-profit organizations or local, state, or federal public agencies. The work performed must be in the public interest. The Program also encourages community service work. Federal Work Study wages are taxable income and taxes will be withheld from the students' paycheck. The QC School of Law receives a limited amount of FWS funds each year. The maximum award varies from year to year. Students are responsible for finding their own employment.

## ADDITIONAL INFORMATION

### Satisfactory Academic Progress –

Satisfactory Academic Progress measures the quality of the academic work and the rate of movement toward the Juris Doctorate Degree. Students who apply for federal financial aid must comply with the following satisfactory academic progress standards to be eligible for federal funds:

1. Academic Performance:

All law students must have a cumulative quality point average of at least 1.80 after the completion of 17 or more credits, 1.90 after the completion of 36 credits, and 2.00 after the completion of 54 or more credits.

2. Satisfactory Progress:

A. For full-time law students satisfactory academic progress is defined as the successful completion of a minimum of 20 semester hours of academic work toward the JD Degree during a period of two consecutive required academic semesters. Full-time law students may not receive financial assistance for more than eight semesters.

B. For part-time law students satisfactory progress is defined as the successful completion of a minimum of 16 semester hours of academic work toward the JD Degree during a period of two consecutive required academic semesters. Part-time law students may not receive financial assistance for more than twelve semesters of part-time attendance.

The measurement indicates the number of credits needed to meet satisfactory academic progress requirements for financial assistance and does not reflect the Law School's recommended number of credits to be taken each semester. In addition, for both full-time and part-time law students, failed or audited courses are not counted toward degree progress.

Note: It is possible for students to exhaust their eligibility for federal loans before completing the maximum number of allowable semesters.

3. Implementation:

Satisfactory Academic Progress will be reviewed at the conclusion of the spring semester. Students whose performance or progress does not meet the required standards will be notified by the Director of Financial Aid and will be considered ineligible for federal aid. Students may appeal termination of their financial aid eligibility, to the Director of Financial Aid, based on extenuating circumstances which may include illness, death in the family, other circumstances beyond the student's control, or special academic circumstances. Students who do not appeal, or whose appeal is denied, will not regain financial aid eligibility until the semester after they have attained the appropriate GPA and completed credit hour standards.

### Financial Obligations –

Students are expected to meet their financial obligations when they are due. The College offers a tuition installment payment plan. Additional information will be forthcoming with your invoice from the Bursar's Office. Financial aid recipients need not apply for the installment plan if their loans are pending disbursement and any funds owed beyond their loan amount has been satisfied.

Any student who owes a balance to the Law School will not be issued a transcript and will not be allowed to register for the subsequent semester. In addition, no certification will be forwarded to any external organizations, including the Bar Admissions Boards, that degree requirements have been completed.

### *Withdrawal and Refund Policy* –

A student who voluntarily withdraws from all courses during the first five (5) weeks of a term will receive a partial reduction of tuition charges according to the week of withdrawal as follows:

1. Withdrawal before classes begin......................................100%
2. Withdrawal during the first week of classes......................80%
3. Withdrawal during the second week of classes..................60%
4. Withdrawal during the third week of classes.....................40%
5. Withdrawal during the fourth week of classes...................20%
6. Withdrawal during the fifth week of classes......................No Refund

For the summer session, the policy is as follows:

1. Withdrawal before classes begin......................................100%
2. Withdrawal during the first week of classes......................60%
3. Withdrawal during the second week and after..................No Refund

The effective date of withdrawal is the date on which the Associate Dean's Office receives the written statement requesting withdrawal.

There are two additional refund schedules that differ from the Law School's Refund Policy Schedule for Title IV financial aid recipients. First-time federal aid recipients who withdraw completely from Law School during the first nine (9) weeks of the semester are subject to the Pro Rata Refund Policy. Title IV financial aid recipients who are not first time attendees are provided a schedule of refunds via the Federal Refund Policy. The college will compare the Federal Policy with the institution's refund policy and use the method that results in the larger refund. Once the refund is determined, funds will be refunded to the Title IV aid programs first, then to institutional programs, and finally to the student, if any funds remain. For additional information, students should contact the Bursar's Office.

### *Possible Tax Liability* –

Scholarships and grant funds received in excess of tuition, books and supplies, and also all Federal Work-Study earned must be included as income on your tax return. It is the student's responsibility to track any taxable amounts and report them to the Internal Revenue Service.

### *Withdrawal and Refund Policy* –

A student who voluntarily withdraws from all courses during the first five (5) weeks of a term will receive a partial reduction of tuition charges according to the week of withdrawal as follows:

1. Withdrawal before classes begin.......................................100%
2. Withdrawal during the first week of classes.......................80%
3. Withdrawal during the second week of classes..................60%
4. Withdrawal during the third week of classes.....................40%
5. Withdrawal during the fourth week of classes...................20%
6. Withdrawal during the fifth week of classes.....................No Refund

For the summer session, the policy is as follows:

1. Withdrawal before classes begin.......................................100%
2. Withdrawal during the first week of classes.......................60%
3. Withdrawal during the second week and after..................No Refund

The effective date of withdrawal is the date on which the Associate Dean's Office receives the written statement requesting withdrawal.

There are two additional refund schedules that differ from the Law School's Refund Policy Schedule for Title IV financial aid recipients. First-time federal aid recipients who withdraw completely from Law School during the first nine (9) weeks of the semester are subject to the Pro Rata Refund Policy. Title IV financial aid recipients who are not first time attendees are provided a schedule of refunds via the Federal Refund Policy. The college will compare the Federal Policy with the institution's refund policy and use the method that results in the larger refund. Once the refund is determined, funds will be refunded to the Title IV aid programs first, then to institutional programs, and finally to the student, if any funds remain. For additional information, students should contact the Bursar's Office.

### *Possible Tax Liability* -

Scholarships and grant funds received in excess of tuition, books and supplies, and also all Federal Work-Study earned must be included as income on your tax return. It is the student's responsibility to track any taxable amounts and report them to the Internal Revenue Service.

## ADDITIONAL INFORMATION

### *Satisfactory Academic Progress* –

Satisfactory Academic Progress measures the quality of the academic work and the rate of movement toward the Juris Doctorate Degree. Students who apply for federal financial aid must comply with the following satisfactory academic progress standards to be eligible for federal funds:

1. Academic Performance:

All law students must have a cumulative quality point average of at least 1.80 after the completion of 17 or more credits, 1.90 after the completion of 36 credits, and 2.00 after the completion of 54 or more credits.

2. Satisfactory Progress:

A. For **full-time law students** satisfactory academic progress is defined as the successful completion of a minimum of 20 semester hours of academic work toward the JD Degree during a period of two consecutive required academic semesters. Full-time law students may not receive financial assistance for more than eight semesters.

B. For **part-time law students** satisfactory progress is defined as the successful completion of a minimum of 16 semester hours of academic work toward the JD Degree during a period of two consecutive required academic semesters. Part-time law students may not receive financial assistance for more than twelve semesters of part-time attendance.

The measurement indicates the number of credits needed to meet satisfactory academic progress requirements for financial assistance and does not reflect the Law School's recommended number of credits to be taken each semester. In addition, for both full-time and part-time law students, failed or audited courses are not counted toward degree progress.

Note: It is possible for students to exhaust their eligibility for federal loans before completing the maximum number of allowable semesters.

3. Implementation:

Satisfactory Academic Progress will be reviewed at the conclusion of the spring semester. Students whose performance or progress does not meet the required standards will be notified by the Director of Financial Aid and will be considered ineligible for federal aid. Students may appeal termination of their financial aid eligibility, to the Director of Financial Aid, based on extenuating circumstances which may include illness, death in the family, other circumstances beyond the student's control, or special academic circumstances. Students who do not appeal, or whose appeal is denied, will not regain financial aid eligibility until the semester after they have attained the appropriate GPA and completed credit hour standards.

### *Financial Obligations* –

Students are expected to meet their financial obligations when they are due. The College offers a tuition installment payment plan. Additional information will be forthcoming with your invoice from the Bursar's Office. Financial aid recipients need not apply for the installment plan if their loans are pending disbursement and any funds owed beyond their loan amount has been satisfied.

Any student who owes a balance to the Law School will not be issued a transcript and will not be allowed to register for the subsequent semester. In addition, no certification will be forwarded to any external organizations, including the Bar Admissions Boards, that degree requirements have been completed.

| | |
|---|---|
| **From:** | barbara burns [barbaraburns002@hotmail.com] |
| **Sent:** | Monday, November 22, 1999 6:31 PM |
| **To:** | Traverso, Anne |
| **Subject:** | Financial Aid |

I am responding to your e-mail of November 18, 1999, in which you state that you refuse to process financial aid in accordance with my instructions.

As communicated to the office of the Provost, I have made other arrangements for my student financial aid, and I requested approximately six weeks ago that Quinnipiac cease and desist from processing financial aid, with the exception of my Fall, 1999 scholarship monies, which I request be applied to my Quinnipiac balance.

Sincerely,

Barbara Burns

---

Get Your Private, Free Email at http://www.hotmail.com

1



# Q

## QUINNIPIAC COLLEGE
## SCHOOL OF LAW

Office of the Associate Dean

May 12, 2000

DEFENDANT'S EXHIBIT
1-12.05
CASE NO. 3:02CV897
EXHIBIT NO. 32

Ms. Barbara Burns
980 Main St.
Hackensack, NJ 07601

Dear Ms. Burns:

    I am writing this letter at the direction of, and with the approval of Dean Cogan, in response to your memo to him of May 8, 2000. Please be advised of the following:

    1. At the end of the summer semester, 1999, you had completed 17 credits. You were then ranked with the other students who had completed 17 credits as of that time. Your class rank was 27th of 39. Your scholarship award was contingent upon you being ranked in the top half of your class. You were not, so the scholarship was terminated.

    2. As of today, you owe the law school $11,810.00. Consequently, the law school will issue neither transcripts nor letters of good standing until you pay that amount.

                                   Sincerely,

                                     David S. King
cc: Dean Cogan                        Associate Dean
    Fin. Aid
    Student's file

STUDENT'S FILE      STUDENT'S FILE

# QUINNIPIAC UNIVERSITY

OFFICE OF THE REGISTRAR        SCHOOL OF LAW        HAMDEN, CT 06518-1950

09/05/02                          Law                               Page 1

Ms. Barbara R. Burns                        ID Number: 0397901
980 Main Street                             Major: Juris Doctor
Hackensack NJ 07601

STUDENT'S FILE

```
                                         Hrs    Hrs    Hrs    Grade
Course         Title            Grd R   Att    Cmpt   Calc   Points
---------------------------------------------------------------------
                  Spring - Law 1999
LAWS   103     Contracts I       C      2.00   2.00   2.00    4.00
LAWS   101     Civil Procedure I C+     2.00   2.00   2.00    4.66
LAWS   107     Torts             B-     4.00   4.00   4.00   10.68
LAWS   111     Legal Skills I    B-     2.00   2.00   2.00    5.34

               99/LS    Totals:       10.00  10.00  10.00   24.68  GPA = 2.47
               Cumulative Totals:     10.00  10.00  10.00   24.68  GPA = 2.47

                  Summer - Law 1999
LAWS   102     Civil Procedure II C+    3.00   3.00   3.00    6.99
LAWS   104     Contracts II       C     4.00   4.00   4.00    8.00
               Entrepeneurship La       3.00   3.00   0.00    0.00
               UNIVERSITY OF MINNESOTA
               SCHOOL OF LAW

               99/LU    Totals:       10.00  10.00   7.00   14.99  GPA = 2.14
               Cumulative Totals:     20.00  20.00  17.00   39.67  GPA = 2.33

                  Spring - Law 2000
LAWS   110     Constitutional Law C     4.00   4.00   4.00    8.00
LAWS   205     Business Organizat B-    4.00   4.00   4.00   10.68
LAWS   112     Legal Skills II    C+    2.00   2.00   2.00    4.66

               00/LS    Totals:       10.00  10.00  10.00   23.34  GPA = 2.33
               Cumulative Totals:     30.00  30.00  27.00   63.01  GPA = 2.33

                     End of Transcript
```

STUDENT'S FILE      STUDENT'S FILE      STUDENT'S FILE



DEFENDANT'S EXHIBIT 1-12-05
CASE NO. 3:02CV897
EXHIBIT NO. 35

*Official transcript will bear the appropriate signature and be impressed with the University seal. Photocopies of the transcript will read "VOID VOID."*

# KEY TO TRANSCRIPT GRADING SYSTEM

| Letter Grade | Points per Credit Hour |
|---|---|
| A | 4.00 |
| A- | 3.67 |
| B+ | 3.33 |
| B | 3.00 |
| B- | 2.67 |
| C+ | 2.33 |
| C | 2.00 |
| C- | 1.67 |
| D+ | 1.33 |
| D | 1.00 |
| F | 0.00 |
| H | Honors |
| HP | High Pass |
| P | Pass |
| LP | Low Pass |
| X | Grade Not Received |
| I | Incomplete |

*The Family Rights and Privacy Act of 1974* prohibits release of information on this transcript to a third party without the student's written consent.

On July 1, 2000, Quinnipiac College officially changed its name to Quinnipiac University to better reflect the wide variety of graduate programs it offers.