UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Barbara R. Burns,

    Plaintiff

2005 SEP 23 A 10: 56

CASE NO. 3-02-CV-897 (RNC)

v.

David S. King,

    Defendants

---

Barbara R. Burns, upon oath, deposes and says:

1. That I am the Plaintiff/Appellant in the above-entitled matter and that this Certification is based upon my personal knowledge.

2. That on September 15, 2005, I received ECF notification of the filing of Defendant's Memorandum in Opposition and Sur-Reply.

3. That I have not consented to electronic notification by the Defendant in this case and, prior to receipt of this notification by the court, which occurred on September 15, 2005, I was not served with a mailed copy of Defendant's filing.

4. That I promptly notified defense counsel Conway of this deficiency of service, which, to date, has not been rectified, in writing.

5. That on September 16, 2005, I contacted the clerk of the court, who confirmed that I am entitled to mailed service of the motion by the Defendant; and that, in the circumstances, my remedy was to file a motion to strike, which I filed on September 15, 2005.

DATED: September 18, 2005    BY: /s/ Barbara R. Burns

    Barbara R. Burns

Subscribed and sworn to before me.

DATED: September 18, 2005    BY: /s/ [signature]
    NOTARY

ROSALIE HUYNH
Notary Public
Minnesota
My Commission Expires January 31, 2010