UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA R. BURNS,

    Plaintiff,

V.                              CASE NO. 3:02-CV-897 (RNC)

DAVID S. KING,

    Defendant.

ORDER

In accordance with the recent decision of the Court of Appeals, see Burns v. King, No. 05-0931-CV, 2005 WL 3527669 (2d Cir. Dec. 23, 2005), plaintiff's motions for a new trial, to set aside judgment, and for recusal **[Doc. #162]**, to supplement the record on appeal **[Doc. #175]**, to strike defendant's response and to seal Exhibit 37 **[Doc. #178]**, and to strike defendant's combined sur-reply and response **[Doc. #180]** are hereby denied as moot.

So ordered.

Dated at Hartford, Connecticut this 28th day of December, 2005.

                                      Robert N. Chatigny
                                  United States District Judge