UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Barbara R. Burns,

    Plaintiff

                           Docket No. 02-CV-897(RNC)

v.

David S. King,

    Defendant

---

PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF
MOTION TO VACATE JANUARY 18, 2005 JUDGMENT

As provided and authorized by Federal Rule of Civil Procedure 60(b) [1] and as otherwise provided by the Federal Rules of Civil Procedure, Plaintiff Barbara R. Burns hereby moves for an order vacating the January 18, 2005 judgment of the Connecticut District Court on ground of newly discovered evidence and fraud, and on the basis that it is no longer equitable that the judgment have prospective application. Plaintiff so moves in the

---

**March 27, 2006.**     Burns v. King
                         3:02-CV-00897 (RNC)

Re: Plaintiff's Motion to Vacate Judgment (Doc. #183)

Plaintiff has moved pursuant to Rule 60(b) of the Federal Rules of Civil Procedure to vacate the judgment dismissing the action. Plaintiff argues that the judgment should be vacated because of mistake, newly discovered evidence, and fraud. Taking each of these grounds in turn, plaintiff identifies no mistake other than previous rulings of this court with which she continues to disagree; the new evidence she discusses does not cast doubt on the correctness of the ruling dismissing the action; and her allegation of fraud refers to litigation conduct on the part of the defendant that is plainly not fraudulent (or otherwise improper). Accordingly, the motion is hereby denied as without merit. So ordered.

Robert N. Chatigny, U.S.D.J.